

Certificate Number: 14-44293

# Certificate of Completion of Credit Counseling

The Consumer Financial Education Foundation of America*
hereby certifies that

## Michael Morsby

completed a session of Credit Counseling, required pursuant to
11 U.S.C. Section 521 (b).

Done this    12th day of March, 2014.



Rickard K. Mauk
Certified Financial Health Counselor