

Certificate Number: 14-44294

# Certificate of Completion of Credit Counseling

The Consumer Financial Education Foundation of America*
hereby certifies that

## Michele Morsby

completed a session of Credit Counseling, required pursuant to 11 U.S.C. Section 521 (b).

Done this    12th day of March, 2014.



Rickard K. Mauk
Certified Financial Health Counselor