IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

Michael E. Morsby            }
                             }
            **Debtor**       }

## AFFIDAVIT

STATE OF ALABAMA     )
JEFFERSON COUNTY     )

Comes Now, Michael E. Morsby, and testifies as follows:

1. I am currently unemployed and have been for over 60 days.
2. The only income I am receiving is Disability in the amount of $1563.00 monthly and I receive pension in the amount of $143.00.

All of the above is true and correct to the best of my information, knowledge, and belief.

Dated: March 13, 2014

Michael E. Morsby

Sworn to and Subscribed before me on this
The 13th day of March, 2014

Notary Public
My commission expires: 10/19/2017