IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

Michele Y. Morsby }
        **Debtor** }

## AFFIDAVIT

STATE OF ALABAMA    )
JEFFERSON COUNTY    )

Comes Now, Michele Y. Morsby, and testifies as follows:

1. I am currently unemployed and have been for over 60 days.
2. The only income I am receiving is Disability in the amount of $1125.00 monthly.

All of the above is true and correct to the best of my information, knowledge, and belief.

Dated: March 13, 2014

                                      Michele Y. Morsby

Sworn to and subscribed before me on this
The _____ day of March, 2014

_____
Notary Public
My commission expires: 3-19-2017