# Notice Recipients

District/Off: 1126−2     User: sarcher     Date Created: 3/14/2014
Case: 14−00991−TBB13     Form ID: pdf008     Total: 44

**Recipients of Notice of Electronic Filing:**
tr    D. Sims Crawford    ctmail@ch13bham.com
aty    Joe S Erdberg    jerdberg@jaffeerdberg.com

                                                                                                            TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| ID | Name | Address | City/State/Zip |
|---|---|---|---|
| db | Michael E Morsby | 7313 Earlwood Road | Fairfield, AL 35064 |
| jdb | Michele Y Morsby | 7313 Earlwood Road | Fairfield, AL 35064 |
| 8206463 | ALAGASCO | ATTN: P. ANDERSON   605 21ST ST N | BIRMINGHAM, AL 35203 |
| 8206466 | AT | C/O Enhanced Recovery   8014 Bayberry Rd | Jacksonville, FL 32256 |
| 8206465 | AT | C/O IC Systems   PO Box 64378 | Saint Paul, MN 55164 |
| 8206464 | AT | PO Box 105503 | Atlanta, GA 30348−5503 |
| 8206462 | Alabama Power | Birmingham Div 4S−1135   PO Box 2641 | Birmingham, AL 35291 |
| 8206467 | Belk | PO Box 530940 | Atlanta, GA 30353−0940 |
| 8206468 | Birmingham Water Works | Attn: Bankruptcy Department   3600 1st Avenue North | Birmingham, AL 35222 |
| 8206469 | Brclys Bank Delaware | PO Box 26182 | Wilmington, DE 19899 |
| 8206473 | CB Bessemer Collection | 1920 3rd AVe No | Bessemer, AL 35020 |
| 8206470 | Capital One | PO Box 5155 | Norcross, GA 30091 |
| 8206472 | Cash Connection | 191 West Valley Avenue | Birmingham, AL 35209 |
| 8206474 | Credit Central South | 536 West Town Plaza | Bessemer, AL 35020 |
| 8206475 | Drleonards | PO Box 2845 | Monroe, WI 53566 |
| 8206476 | Easy Money | 210B Midfield Street | Birmingham, AL 35228 |
| 8206454 | Eric Holder, Attorney General | Department of Justice,   10th and Constitution Ave Rm B−324 | Washington, DC 20530 |
| 8206477 | FAMS | Post Office Box 451409 | Atlanta, GA 31145−9409 |
| 8206478 | FIRST FRANKLIN | P O BOX 3910 | Tupelo, MS 38801 |
| 8206479 | GE CAPITAL | P O BOX 103101 | Roswell, GA 30076 |
| 8206481 | GE Capital Reatail Bank | c/o Midland Fund   8875 Aero Drive | San Diego, CA 92123 |
| 8206482 | GE Capital Retail Bank | PO Box 960061 | Orlando, FL 32896−0061 |
| 8206483 | GE Capital Retail Bank | c/o Portfolio Recovery   287 Independence | Virginia Beach, VA 23462 |
| 8206484 | GECRB/ Walmart | PO Box 965005 | Orlando, FL 32896 |
| 8206480 | Ge Capital | C/O Midland Credit   8875 Aero Dr | San Diego, CA 92123 |
| 8206457 | Internal Revenue Service | 11601 Roosevelt Blvd   Mail Drop N 781 | Philadelphia, PA 19154 |
| 8206456 | Internal Revenue Service | Attn: Ron Hill   801 Tom Martin Drive 137 C3 | Birmingham, AL 35211 |
| 8206455 | Internal Revenue Service | Centralized Insolvency Operations   PO Box 21126 | Philadelphia, PA 19114−0326 |
| 8206458 | JT Smallwood Tax Collector | Room 160 Courthouse   716 Richard Arrington Jr Blvd No | Birmingham, AL 35203 |
| 8206485 | MERRICK BANK | P O BOX 9201 | OLD BETHPAGE, NY 11804 |
| 8206486 | Republic Finance | 1140 Roma Ave | Hammond, LA 70403 |
| 8206487 | Republic Finance | c/o Jenny Lynn Varos   1140 Roma Avenue | Hammond, LA 70403 |
| 8206490 | SWISS COLONY | 1112 7TH AVENUE | MONROE, WI 53566 |
| 8206488 | Safeco Ins | Po Box 6486 | Carol Stream, IL 60197−6486 |
| 8206489 | Safeco− | c/o Brennam &Clark Ltd   721 E Madison Suite 200 | Villa Park, IL 60181 |
| 8206452 | Santander Consumer USA | PO Box 660633 | Dallas, TX 75266 |
| 8206453 | Springleaf | 430 Green Springs Hwy Ste 13 | Birmingham, AL 35209 |
| 8206459 | State of Alabama Department of Revenue | Collection Services Division   PO Box 327820 | Montgomery, AL 36132−7820 |
| 8206460 | Travis Hulsey, Jefferson County | 716 Richard Arrington Jr. Blvd No | Birmingham, AL 35203 |
| 8206461 | U.S. Attorney's Office | 1801 4th Ave No | Birmingham, AL 35203−2101 |
| 8206491 | Union CR Alb | Post Office Box 71666 | Albany, GA 31708 |
| 8206471 | cash connection | 918 9th Avenue | Birmingham, AL 35202 |

                                                             TOTAL: 42