# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1126−2 | User: admin | Date Created: 03/14/2014 |
| Case: 14−00991−TBB13 | Form ID: pdfdba | Total: 4 |

**Recipients of Notice of Electronic Filing:**
tr      D. Sims Crawford      ctmail@ch13bham.com
aty      Joe S Erdberg      jerdberg@jaffeerdberg.com

                                                                                                                        TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      MICHAEL E MORSBY      7313 Earlwood Road      Fairfield, AL 35064
jdb      Michele Y Morsby      7313 Earlwood Road      Fairfield, AL 35064

                                                                                                                        TOTAL: 2