**Van−025** [Notice of Confirmation Hearing] (Rev. 12/12)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **In re:** | **Case No.** 14−00991−TBB13 |
| Michael E Morsby | **Chapter** 13 |
| **SSN:** xxx−xx−6798 | |
| Michele Y Morsby | |
| **SSN:** xxx−xx−5397 | |
| **Debtor(s)** | |

## NOTICE OF CONFIRMATION HEARING

Notice is hereby given that a confirmation hearing will be held:

**Date: Tuesday, May 27, 2014**          **Time: 09:30 AM**

**Location: Robert Vance Fed Bldg, 1800 5th Ave No, Courtroom 1, Birmingham, AL 35203**

**NOTE CHANGE OF BUILDING LOCATION**

Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non−evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders.

Dated: March 14, 2014                    By:

                                         Scott W. Ford, Clerk
                                         United States Bankruptcy Court

sva