```
                              United States Bankruptcy Court
                              Northern District of Alabama
In re:                                                                     Case No. 14-00991-TBB
Michael E Morsby                                                           Chapter 13
Michele Y Morsby
         Debtors
                                   CERTIFICATE OF NOTICE
District/off: 1126-2          User: sarcher              Page 1 of 2               Date Rcvd: Mar 14, 2014
                              Form ID: b9i               Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2014.
db/jdb       +Michael E Morsby,    Michele Y Morsby,    7313 Earlwood Road,    Fairfield, AL 35064-2404
tr            D. Sims Crawford,    Chapter 13 Standing Trustee,    NON-PAYMENTS: P O Box 10848,
               Birmingham, AL 35202
8206463      +ALAGASCO,    ATTN: P. ANDERSON,    605 21ST ST N,    BIRMINGHAM, AL 35203-2707
8206468      +Birmingham Water Works,    Attn: Bankruptcy Department,    3600 1st Avenue North,
               Birmingham, AL 35222-1210
8206469      +Brclys Bank Delaware,    PO Box 26182,    Wilmington, DE 19899-6182
8206473      +CB Bessemer Collection,    1920 3rd AVe No,    Bessemer, AL 35020-4910
8206472      +Cash Connection,    191 West Valley Avenue,    Birmingham, AL 35209-3695
8206474      +Credit Central South,    536 West Town Plaza,    Bessemer, AL 35020-5346
8206475      +Drleonards,    PO Box 2845,    Monroe, WI 53566-8045
8206454      +Eric Holder, Attorney General,    Department of Justice,,    10th and Constitution Ave Rm B-324,
               Washington, DC 20530-0001
8206477       FAMS,    Post Office Box 451409,    Atlanta, GA 31145-9409
8206478      +FIRST FRANKLIN,    P O BOX 3910,    Tupelo, MS 38803-3910
8206483      +GE Capital Retail Bank,    c/o Portfolio Recovery,    287 Independence,
               Virginia Beach, VA 23462-2962
8206458      +JT Smallwood Tax Collector,    Room 160 Courthouse,    716 Richard Arrington Jr Blvd No,
               Birmingham, AL 35203-0133
8206486      +Republic Finance,    1140 Roma Ave,    Hammond, LA 70403-5464
8206487      +Republic Finance,    c/o Jenny Lynn Varos,    1140 Roma Avenue,    Hammond, LA 70403-5464
8206490      +SWISS COLONY,    1112 7TH AVENUE,    MONROE, WI 53566-1364
8206460      +Travis Hulsey, Jefferson County,    716 Richard Arrington Jr. Blvd No,    Birmingham, AL 35203-0100
8206461       U.S. Attorney's Office,    1801 4th Ave No,    Birmingham, AL 35203-2101
8206491      +Union CR Alb,    Post Office Box 71666,    Albany, GA 31708-1666
8206471      +cash connection,    918 9th Avenue,    Birmingham, AL 35228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: jerdberg@jaffeerdberg.com Mar 15 2014 00:57:45     Joe S Erdberg,
               Jaffe & Erdberg, PC,    205 20th Street North Ste 817,    Birmingham, AL  35203
8206465      +EDI: ICSYSTEM.COM Mar 15 2014 00:43:00      AT&T,    C/O IC Systems,    PO Box 64378,
               Saint Paul, MN 55164-0378
8206464       EDI: ATTWIREBK.COM Mar 15 2014 00:43:00      AT&T,    PO Box 105503,    Atlanta, GA 30348-5503
8206466      +E-mail/Text: bknotice@erccollections.com Mar 15 2014 00:59:22      AT&T,    C/O Enhanced Recovery,
               8014 Bayberry Rd,    Jacksonville, FL 32256-7412
8206462      +E-mail/Text: G2APCBANK@southernco.com Mar 15 2014 00:58:34     Alabama Power,
               Birmingham Div 4S-1135,    PO Box 2641,    Birmingham, AL 35291-0001
8206467       EDI: RMSC.COM Mar 15 2014 00:43:00      Belk,    PO Box 530940,    Atlanta, GA 30353-0940
8206470       EDI: CAPITALONE.COM Mar 15 2014 00:43:00      Capital One,    PO Box 5155,    Norcross, GA 30091
8206476      +Fax: 614-760-4092 Mar 15 2014 02:09:58      Easy Money,    210B Midfield Street,
               Birmingham, AL 35228-2221
8206479       EDI: RMSC.COM Mar 15 2014 00:43:00      GE CAPITAL,    P O BOX 103101,    Roswell, GA 30076
8206481      +EDI: MID8.COM Mar 15 2014 00:43:00      GE Capital Reatail Bank,    c/o Midland Fund,
               8875 Aero Drive,    San Diego, CA 92123-2251
8206482       EDI: RMSC.COM Mar 15 2014 00:43:00      GE Capital Retail Bank,    PO Box 960061,
               Orlando, FL 32896-0061
8206484      +EDI: RMSC.COM Mar 15 2014 00:43:00      GECRB/ Walmart,    PO Box 965005,    Orlando, FL 32896-5005
8206480      +EDI: MID8.COM Mar 15 2014 00:43:00      Ge Capital,    C/O Midland Credit,    8875 Aero Dr,
               San Diego, CA 92123-2251
8206457       EDI: IRS.COM Mar 15 2014 00:43:00      Internal Revenue Service,    11601 Roosevelt Blvd,
               Mail Drop N 781,    Philadelphia, PA 19154
8206456       EDI: IRS.COM Mar 15 2014 00:43:00      Internal Revenue Service,    Attn: Ron Hill,
               801 Tom Martin Drive 137 C3,    Birmingham, AL 35211
8206455       EDI: IRS.COM Mar 15 2014 00:43:00      Internal Revenue Service,
               Centralized Insolvency Operations,    PO Box 21126,    Philadelphia, PA 19114-0326
8206485      +EDI: MERRICKBANK.COM Mar 15 2014 00:43:00      MERRICK BANK,    P O BOX 9201,
               OLD BETHPAGE, NY 11804-9001
8206453       EDI: AGFINANCE.COM Mar 15 2014 00:43:00      Springleaf,    430 Green Springs Hwy Ste 13,
               Birmingham, AL 35209
8206488       E-mail/Text: bankruptcies@libertymutual.com Mar 15 2014 00:59:01     Safeco Ins,    Po Box 6486,
               Carol Stream, IL 60197-6486
8206489      +E-mail/Text: updates@brennanclark.com Mar 15 2014 01:00:00     Safeco-,    c/o Brennam & Clark Ltd,
               721 E Madison Suite 200,    Villa Park, IL 60181-3082
8206452      +EDI: DRIV.COM Mar 15 2014 00:43:00      Santander Consumer USA,    PO Box 660633,
               Dallas, TX 75266-0633
8206459       EDI: ALDEPREV.COM Mar 15 2014 00:43:00      State of Alabama Department of Revenue,
               Collection Services Division,    PO Box 327820,    Montgomery, AL 36132-7820
                                                                                              TOTAL: 22

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2014　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2014 at the address(es) listed below:
　　　　　D. Sims Crawford　　ctmail@ch13bham.com, scrawford13@ecf.epiqsystems.com
　　　　　Joe S Erdberg　　on behalf of Joint Debtor Michele Y Morsby jerdberg@jaffeerdberg.com
　　　　　Joe S Erdberg　　on behalf of Debtor MICHAEL E MORSBY jerdberg@jaffeerdberg.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

## Notice of
## Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 3/13/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**
### See Reverse Side For Important Explanations

| | |
|---|---|
| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
| Michael E Morsby<br>7313 Earlwood Road<br>Fairfield, AL 35064 | Michele Y Morsby<br>7313 Earlwood Road<br>Fairfield, AL 35064 |
| Case Number:<br>14−00991−TBB13 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−6798<br>xxx−xx−5397 |
| Attorney for Debtor(s) (name and address):<br>Joe S Erdberg<br>Jaffe & Erdberg, PC<br>205 20th Street North Ste 817<br>Birmingham, AL 35203<br>Telephone number: 205 323−4500 | Bankruptcy Trustee (name and address):<br>D. Sims Crawford<br>Chapter 13 Standing Trustee<br>NON−PAYMENTS: P O Box 10848<br>Birmingham, AL 35202<br>Telephone number: 205−323−4631 |

## Meeting of Creditors
Date: **April 9, 2014**     Time: **10:30 AM**
Location: **Robert S. Vance Federal Building, 1800 5th Avenue North, Birmingham, AL 35203**

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:
For all creditors (except a governmental unit): **7/8/14**     For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)): **9/9/14**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 6/9/14**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan
The debtor has filed a plan. The plan or a summary of the plan and notice of confirmation hearing will be sent separately.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Robert S. Vance Federal Building<br>1800 5th Avenue North<br>Birmingham, AL 35203<br>Telephone number: 205−714−4000 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Scott W. Ford |
| Hours Open: Monday − Friday 8:00 AM − 4:30 PM | Date: 3/14/14 |

# EXPLANATIONS

B9I (Official Form 9I) (12/12)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices