```
                          United States Bankruptcy Court
                          Northern District of Alabama
In re:                                                              Case No. 14-00991-TBB
Michael E Morsby
Michele Y Morsby                                                    Chapter 13
       Debtors
                             CERTIFICATE OF NOTICE
District/off: 1126-2          User: sarcher              Page 1 of 2           Date Rcvd: Mar 14, 2014
                              Form ID: van025            Total Noticed: 41
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2014.
```
db/jdb        +Michael E Morsby,   Michele Y Morsby,   7313 Earlwood Road,   Fairfield, AL 35064-2404
8206463       +ALAGASCO,   ATTN: P. ANDERSON,   605 21ST ST N,   BIRMINGHAM, AL 35203-2707
8206468       +Birmingham Water Works,   Attn: Bankruptcy Department,   3600 1st Avenue North,
                Birmingham, AL 35222-1210
8206469       +Brclys Bank Delaware,   PO Box 26182,   Wilmington, DE 19899-6182
8206470      ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,   PO Box 5155,   Norcross, GA 30091)
8206473       +CB Bessemer Collection,   1920 3rd AVe No,   Bessemer, AL 35020-4910
8206472       +Cash Connection,   191 West Valley Avenue,   Birmingham, AL 35209-3695
8206474       +Credit Central South,   536 West Town Plaza,   Bessemer, AL 35020-5346
8206475       +Drleonards,   PO Box 2845,   Monroe, WI 53566-8045
8206454       +Eric Holder, Attorney General,   Department of Justice,,   10th and Constitution Ave Rm B-324,
                Washington, DC 20530-0001
8206477        FAMS,   Post Office Box 451409,   Atlanta, GA 31145-9409
8206478       +FIRST FRANKLIN,   P O BOX 3910,   Tupelo, MS 38803-3910
8206483       +GE Capital Retail Bank,   c/o Portfolio Recovery,   287 Independence,
                Virginia Beach, VA 23462-2962
8206458       +JT Smallwood Tax Collector,   Room 160 Courthouse,   716 Richard Arrington Jr Blvd No,
                Birmingham, AL 35203-0133
8206486       +Republic Finance,   1140 Roma Ave,   Hammond, LA 70403-5464
8206487       +Republic Finance,   c/o Jenny Lynn Varos,   1140 Roma Avenue,   Hammond, LA 70403-5464
8206490       +SWISS COLONY,   1112 7TH AVENUE,   MONROE, WI 53566-1364
8206452       +Santander Consumer USA,   PO Box 660633,   Dallas, TX 75266-0633
8206460       +Travis Hulsey, Jefferson County,   716 Richard Arrington Jr. Blvd No,   Birmingham, AL 35203-0100
8206461        U.S. Attorney's Office,   1801 4th Ave No,   Birmingham, AL 35203-2101
8206491       +Union CR Alb,   Post Office Box 71666,   Albany, GA 31708-1666
8206471       +cash connection,   918 9th Avenue,   Birmingham, AL 35228
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
8206465       +E-mail/Text: Bankruptcy@icsystem.com Mar 15 2014 00:59:20    AT&T,   C/O IC Systems,
                PO Box 64378,   Saint Paul, MN 55164-0378
8206464        E-mail/Text: g17768@att.com Mar 15 2014 00:57:58    AT&T,   PO Box 105503,
                Atlanta, GA 30348-5503
8206466       +E-mail/Text: bknotice@erccollections.com Mar 15 2014 00:59:22    AT&T,   C/O Enhanced Recovery,
                8014 Bayberry Rd,   Jacksonville, FL 32256-7412
8206462       +E-mail/Text: G2APCBANK@southernco.com Mar 15 2014 00:58:38    Alabama Power,
                Birmingham Div 4S-1135,   PO Box 2641,   Birmingham, AL 35291-0001
8206467        E-mail/PDF: gecsedi@recoverycorp.com Mar 15 2014 01:12:08    Belk,   PO Box 530940,
                Atlanta, GA 30353-0940
8206476       +Fax: 614-760-4092 Mar 15 2014 02:49:59    Easy Money,   210B Midfield Street,
                Birmingham, AL 35228-2221
8206479        E-mail/PDF: gecsedi@recoverycorp.com Mar 15 2014 01:12:08    GE CAPITAL,   P O BOX 103101,
                Roswell, GA 30076
8206481       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 15 2014 00:58:57    GE Capital Reatail Bank,
                c/o Midland Fund,   8875 Aero Drive,   San Diego, CA 92123-2251
8206482        E-mail/PDF: gecsedi@recoverycorp.com Mar 15 2014 01:10:19    GE Capital Retail Bank,
                PO Box 960061,   Orlando, FL 32896-0061
8206484       +E-mail/PDF: gecsedi@recoverycorp.com Mar 15 2014 01:12:08    GECRB/ Walmart,   PO Box 965005,
                Orlando, FL 32896-5005
8206480       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 15 2014 00:58:57    Ge Capital,   C/O Midland Credit,
                8875 Aero Dr,   San Diego, CA 92123-2251
8206457        E-mail/Text: cio.bncmail@irs.gov Mar 15 2014 00:58:21    Internal Revenue Service,
                11601 Roosevelt Blvd,   Mail Drop N 781,   Philadelphia, PA 19154
8206456        E-mail/Text: cio.bncmail@irs.gov Mar 15 2014 00:58:21    Internal Revenue Service,
                Attn: Ron Hill,   801 Tom Martin Drive 137 C3,   Birmingham, AL 35211
8206455        E-mail/Text: cio.bncmail@irs.gov Mar 15 2014 00:58:21    Internal Revenue Service,
                Centralized Insolvency Operations,   PO Box 21126,   Philadelphia, PA 19114-0326
8206485       +E-mail/Text: bkr@cardworks.com Mar 15 2014 00:57:46    MERRICK BANK,   P O BOX 9201,
                OLD BETHPAGE, NY 11804-9001
8206453        E-mail/PDF: cbp@slfs.com Mar 15 2014 01:10:43    Springleaf,   430 Green Springs Hwy Ste 13,
                Birmingham, AL 35209
8206488        E-mail/Text: bankruptcies@libertymutual.com Mar 15 2014 00:59:01    Safeco Ins,   Po Box 6486,
                Carol Stream, IL 60197-6486
8206489       +E-mail/Text: updates@brennanclark.com Mar 15 2014 01:00:00    Safeco-,   c/o Brennam & Clark Ltd,
                721 E Madison Suite 200,   Villa Park, IL 60181-3082
8206459        E-mail/Text: bankruptcy@revenue.alabama.gov Mar 15 2014 01:00:10
                State of Alabama Department of Revenue,   Collection Services Division,   PO Box 327820,
                Montgomery, AL 36132-7820
                                                                                              TOTAL: 19

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

```
District/off: 1126-2           User: sarcher              Page 2 of 2                Date Rcvd: Mar 14, 2014
                               Form ID: van025            Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2014                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2014 at the address(es) listed below:
```
              D. Sims Crawford    ctmail@ch13bham.com,  scrawford13@ecf.epiqsystems.com
              Joe S Erdberg    on behalf of Joint Debtor Michele Y Morsby jerdberg@jaffeerdberg.com
              Joe S Erdberg    on behalf of Debtor Michael E Morsby jerdberg@jaffeerdberg.com
                                                                                        TOTAL: 3
```

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

**In re:**                                                                                               **Case No.** 14−00991−TBB13

Michael E Morsby                                                                               **Chapter** 13

**SSN:** xxx−xx−6798

Michele Y Morsby

**SSN:** xxx−xx−5397

   **Debtor(s)**

## NOTICE OF CONFIRMATION HEARING

   Notice is hereby given that a confirmation hearing will be held:

   **Date: Tuesday, May 27, 2014              Time: 09:30 AM**

   **Location: Robert Vance Fed Bldg, 1800 5th Ave No, Courtroom 1, Birmingham, AL 35203**

   **NOTE CHANGE OF BUILDING LOCATION**

   Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non−evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders.

Dated:   March 14, 2014                                                            By:

                                                                                                      Scott W. Ford, Clerk
                                                                                                      United States Bankruptcy Court

sva