IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

Debtor's Name: Morsby )  Case No.: 14-00991 TBB-13
)
)

## NOTICE OF CONTINUANCE OF § 341 MEETING OF CREDITORS

COMES NOW D. Sims Crawford, Chapter 13 Standing Trustee, and files this Notice of Continuance of § 341 Meeting of Creditors pursuant to Fed. R. Bankr. Proc. 2003(e). The meeting of creditors has been continued to _7/16/14_ based upon the following grounds: *3a* *DNR*

- ☐ A copy of the Debtor's federal income tax return or transcript for the most recent tax year ending before the bankruptcy petition was filed has not been filed with the Court and served upon the Trustee.

- ☐ Copies of all payment advices or other evidence of payment from debtor's employer received within 60 days of the petition date have not been filed with the Court and served upon the Trustee.

- ☐ All compliance documents required in a composition plan or pot plan have not been filed with the Court and served upon the Trustee.

- ☒ The plan contains errors regarding the plan payments, the fixed payments, the composition percentage, the pot available for unsecured claims, feasibility, or other grounds. *need interest at unsecured, (equity)*

- ☐ Form B22C appears to be incomplete or incorrect.

- ☐ The plan does not provide for the payment of settlement or judgment proceeds regarding the Debtor's claim, cause of action, or lawsuit.

- ☐ The Debtor has not provided the name, address and telephone number of the person who holds a Domestic Support Obligation (DSO) claim against the Debtor.

- ☐ The Trustee has not received evidence of the Debtor's student loan obligation.

- ☐ The Debtor failed to appear at the § 341 meeting of creditors or the continued meeting of creditors.

- ☐ The Debtor is not paying as proposed in the plan.

- ☒ Other: *Need court debtor taxes for 2012 — utilities - all in or out*

D. Sims Crawford
Chapter 13 Standing Trustee

By: _[signature]_

Rev. 12/10