14-01013+A1
AM Docket

| Case # | Name | Hrg Result |
|---|---|---|
| | | 9:30 |
| 14-01022 | FREEMAN | CONT 4-23-2014 1:30 PM |
| 14-01029 | WALLEY | CONT 4-23-2014 1:30 PM |
| 14-01036 | AVERY | CONT 4-23-2014 1:30 PM |
| 14-01037 | CHAPPELL | CONT 4-23-2014 1:30 PM |
| 14-01038 | BLYTHE | CONT 4-23-2014 1:30 PM |
| 14-01041 | PARKS-HARRISON | CONT 4-23-2014 1:30 PM |
| 14-01045 | DOSS | CONT 4-23-2014 1:30 PM |
| 14-01053 | PENN | CONT 4-23-2014 1:30 PM |
| 14-01054 | DORIAN | CONT 4-23-2014 1:30 PM |
| 14-01059 | PAYNE | CONT 4-23-2014 1:30 PM |
| 14-01060 | KELLY | CONT 4-23-2014 1:30 PM |
| 14-01064 | SMITH | CONT 4-23-2014 1:30 PM |
| 14-01068 | WALLACE | CONT 4-23-2014 1:30 PM |
| 14-01069 | ROBERTSON | CONT 4-23-2014 1:30 PM |
| 14-01074 | ROGERS | CONT 4-23-2014 1:30 PM |
| 14-01081 | FORD/SANFORD | CONT 4-23-2014 1:30 PM |
| 14-01090 | GRANT | CONT 4-23-2014 1:30 PM |
| 14-01091 | OWENS | CONT 4-23-2014 1:30 PM |
| 14-01092 | WILLIAMS | CONT 4-23-2014 1:30 PM |
| 14-01096 | ROBERTS | CONT 4-23-2014 1:30 PM |
| 14-01098 | ROBINSON | CONT 4-23-2014 1:30 PM |
| 14-01100 | JACKSON | CONT 4-23-2014 1:30 PM |
| 14-01101 | GARRETT | CONT 4-23-2014 1:30 PM |
| 14-01023 | TERRY | CONT 4-30-2014 1:30 PM |
| 14-01028 | SHORE | HELD |
| 14-01033 | MCCALL | HELD |
| 14-01051 | FORD | HELD |
| 14-01106 | CLARK | HELD |
| 14-01107 | STUDIMIRE | HELD |
| 14-01109 | BURL | HELD |
| | | 10:30 |
| 14-01112 | PLUMP | CONT 4-23-2014 1:30 PM |
| 14-01115 | DAVIS | CONT 4-23-2014 1:30 PM |
| 14-01117 | FLETCHER | CONT 4-23-2014 1:30 PM |
| 14-01120 | GILBERT | CONT 4-23-2014 1:30 PM |
| 14-01124 | BAKER | CONT 4-23-2014 1:30 PM |

341 Meetings Results - April 16, 2014
PM Docket

| Case# | Name | Hrg Result |
|---|---|---|
| | | 1:30 |
| 14-00908 | HOFFMAN | CONT 4-23-2014 1:30 PM |
| 14-00914 | SHEFFIELD | CONT 4-23-2014 1:30 PM |
| 14-00925 | HOLMES | CONT 4-23-2014 1:30 PM |
| 14-01003 | HAMILTON | CONT 4-23-2014 1:30 PM |
| 13-05649 | HANDLEY | HELD |
| 14-00855 | BELTER | HELD |
| 14-00880 | THREATT | HELD |

| Case | Name | Status |
|---|---|---|
| 14-00907 | SMITH | HELD |
| 14-00913 | MCMILLAN | HELD |
| 14-00916 | HALL | HELD |
| 14-00922 | DAVIS | HELD |
| 14-00926 | HENDERSON | HELD |
| 14-00929 | SINGLETARY | HELD |
| 14-00931 | JARZEN | HELD |
| 14-00932 | BRUKU | HELD |
| 14-00934 | WREN | HELD |
| 14-00935 | BISHOP | HELD |
| 14-00936 | THOMAS | HELD |
| 14-00938 | BROWN | HELD |
| 14-00941 | MIDGETT | HELD |
| 14-00942 | WILLLIAMS | HELD |
| 14-00955 | WEBSTER | HELD |
| 14-00956 | HAMILTON | HELD |
| 14-00971 | SHOCKLEY | HELD |
| 14-00974 | YOUNG | HELD |
| 14-00977 | ECHOLS | HELD |
| 14-00978 | THRASHER | HELD |
| 14-00981 | GREGORY | HELD |
| 14-00987 | OWENS | HELD |
| 14-00988 | BELL | HELD |
| 14-00990 | PETTWAY | HELD |
| 14-00991 | MORSBY | HELD |
| 14-00993 | DONKOR | HELD |
| 14-00997 | BALDWIN | HELD |
| 14-01001 | HAYES | HELD |
| 14-01005 | WALKER | HELD |
| 14-01006 | VOCE | HELD |
| 14-01010 | LONG | HELD |
| 14-01013 | BROWN | HELD |
| 14-01019 | RICE | HELD |
| 14-01021 | JOHNSON | HELD |
| 14-00960 | LUKER | NOT HELD |