IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In Re:                                    )
Michael and Michelle Morsby               )    14-00991-TBB-13
           Debtors                        )

## NOTICE OF MOTION TO AVOID LIEN AND OPPORTUNITY FOR HEARING

**NOTICE IS HEREBY GIVEN** that, pursuant to 11 U.S.C. 522, Federal Rule of Bankruptcy Procedure 4003, and Local Rule 4003-2, Debtor filed a Motion to Avoid Lien ("Motion") of 1st Franklin Financial Corporation ("Creditor" or "Lienholder") in this case. A copy of the Motion accompanies this notice.

**YOU ARE FURTHER NOTIFIED** that any opposition or other response to said Motion must be filed with the clerk's office within 30 days of the date of this notice, and a copy must be served on the debtor, the trustee, any other affected creditors, any committee appointed in the case, and any other entity as the Court may direct. If an objection or response to said Motion is filed and served within the time specified, the Court will schedule a hearing to consider the Motion and the response thereto. If a timely response is filed, you will be notified of the time, date, and place of the hearing. At the hearing, the party opposing or otherwise responding to the Motion must appear in person or through an attorney and be prepared to advocate their position by testimony from witnesses and other evidence.

**IF NO RESPONSE IS FILED WITHIN THE TIME SPECIFIED, THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT IN THE MOTION WITHOUT A HEARING.**

DATED: 4/17/14

                                          /s/ Joe S. Erdberg
                                          JAFFE & ERDBERG, P.C.
                                          Attorneys for Debtors
                                          205 20th St No
                                          Frank Nelson Bldg, Ste 817
                                          Birmingham, AL 35203
                                          (205) 326-6666 FAX (205) 323-7177

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 17th day of April 2014, the above Notice of Motion to Avoid Lien and Opportunity for Hearing, Debtor's Declaration to Avoid Lien Pursuant to 11 U.S.C. § 522(f)(2), and Motion to Avoid Lien Pursuant to 11 U.S.C. § 522(f)(2) were served on the following:

1st Franklin Financial Corp
PO Box 250
Bessemer, AL 35021

/s/ Joe S. Erdberg
JAFFE & ERDBERG, P.C.
Attorneys for Debtors
205 20th St No
Frank Nelson Bldg, Ste 817
Birmingham, AL 35203
(205) 326-6666 FAX (205) 323-7177