IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case No.: 14-00991-TBB13 |
| MICHAEL E MORSBY, ) | |
| SSS: ###-##-6798 ) | |
| MICHELE Y MORSBY, ) | |
| ###-##-5397 ) | |
| Debtors. ) | |
| ) | |

TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS
OR IN THE ALTERNATIVE MOTION TO CONVERT TO CHAPTER 7

COMES NOW D. Sims Crawford, Chapter l3 Standing Trustee, and objects to confirmation of the Debtor's plan and moves to dismiss this case, or in the alternative, moves to convert this case to Chapter 7. As grounds therefor, the Trustee shows the following:

1. The plan does not provide for payment of secured Claim #8 filed by First Franklin ($1,582.34).

2. The Debtor's proposed plan payment is insufficient to fund the plan.

3. Pursuant to §1325(a)(6), the plan is not feasible. The Trustee recommends payments of $827.00 monthly to pay the proposed plan within 5 years . However, the Debtor's disposable income is only $735.00 monthly.

4. The fixed payment of $200.00 offered to Springleaf will not cure claim #9 with 5.25% interest within 57 months. The Trustee recommends a fixed payment of $236.00 instead.

5. Pursuant to 11 U.S.C. § 521(e)(2)(A)(i) and Fed. R. Bankr. P. 4002(b)(3), the Co- Debtor has not provided the Trustee with a copy of her 2012 Federal income tax return or a transcript of said tax return.

6. The Debtor appears to have equity in his homestead, but the plan does not provide interest to be paid to unsecured creditors.

km

WHEREFORE, the Trustee objects to the confirmation of the Debtor's plan and moves to dismiss this case. In the alternative, the Trustee moves to convert this case to Chapter 7. The Trustee prays for such other relief as the Court deems appropriate.

D. Sims Crawford
Chapter 13 Standing Trustee

By: /s/Mary Frances Fallaw
Mary Frances Fallaw
Staff Attorney
Post Office Box 10848
Birmingham, Alabama 35202
(205) 323-4631

### CERTIFICATE OF SERVICE

I hereby certify that a correct copy of the forgoing Objection has been forwarded by email or U.S. Mail to the following on this the 18th day of April 2014:

JAFFE & ERDBERG, P.C.
JERDBERG@JAFFEERDBERG.COM

MICHAEL E and MICHELE Y MORSBY
7313 EARLWOOD ROAD
FAIRFIELD, AL 35064

/s/Mary Frances Fallaw
Staff Attorney

km