# Notice Recipients

District/Off: 1126−2  User: sarcher  Date Created: 4/18/2014
Case: 14−00991−TBB13  Form ID: van002  Total: 53

**Recipients of Notice of Electronic Filing:**
tr  D. Sims Crawford  ctmail@ch13bham.com
aty  Joe S Erdberg  jerdberg@jaffeerdberg.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db  Michael E Morsby  7313 Earlwood Road  Fairfield, AL 35064
jdb  Michele Y Morsby  7313 Earlwood Road  Fairfield, AL 35064
8206478  1ST FRANKLIN FINANCIAL CORPORATION  PO BOX 250  BESSEMER, AL 35021
8206463  ALAGASCO  ATTN: P. ANDERSON  605 21ST ST N  BIRMINGHAM, AL 35203
8206466  AT  C/O Enhanced Recovery  8014 Bayberry Rd  Jacksonville, FL 32256
8206465  AT  C/O IC Systems  PO Box 64378  Saint Paul, MN 55164
8206464  AT  PO Box 105503  Atlanta, GA 30348−5503
8220683  ATTMobility II LLC  % ATTServices, Inc  Karen Cavagnaro, Paralegal  One ATTWay, Room 3A104  Bedminster, NJ 07921
8206462  Alabama Power  Birmingham Div 4S−1135  PO Box 2641  Birmingham, AL 35291
8217078  American InfoSource LP as agent for  Midland Funding LLC  PO Box 268941  Oklahoma City, OK 73126−8941
8214750  Atlas Acquisitions LLC  c/o Oliphant Financial, LLC  9009 Town Center Parkway  Lakewood Ranch, FL 34202
8206467  Belk  PO Box 530940  Atlanta, GA 30353−0940
8220682  BellSouth Telecommunications, Inc.  % ATTServices, Inc  Karen Cavagnaro, Paralegal  One ATTWay, Room 3A104  Bedminster, NJ 07921
8206468  Birmingham Water Works  Attn: Bankruptcy Department  3600 1st Avenue North  Birmingham, AL 35222
8206469  Brclys Bank Delaware  PO Box 26182  Wilmington, DE 19899
8206473  CB Bessemer Collection  1920 3rd AVe No  Bessemer, AL 35020
8206470  Capital One  PO Box 5155  Norcross, GA 30091
8206472  Cash Connection  191 West Valley Avenue  Birmingham, AL 35209
8237809  Credit Central  700 E North Street  Suite 15  Greenville, SC 29601
8206474  Credit Central South  536 West Town Plaza  Bessemer, AL 35020
8206475  Drleonards  PO Box 2845  Monroe, WI 53566
8206476  Easy Money  210B Midfield Street  Birmingham, AL 35228
8206454  Eric Holder, Attorney General  Department of Justice,  10th and Constitution Ave Rm B−324  Washington, DC 20530
8206477  FAMS  Post Office Box 451409  Atlanta, GA 31145−9409
8206479  GE CAPITAL  P O BOX 103101  Roswell, GA 30076
8206481  GE Capital Reatail Bank  c/o Midland Fund  8875 Aero Drive  San Diego, CA 92123
8206482  GE Capital Retail Bank  PO Box 960061  Orlando, FL 32896−0061
8206483  GE Capital Retail Bank  c/o Portfolio Recovery  287 Independence  Virginia Beach, VA 23462
8206484  GECRB/ Walmart  PO Box 965005  Orlando, FL 32896
8206480  Ge Capital  C/O Midland Credit  8875 Aero Dr  San Diego, CA 92123
8206457  Internal Revenue Service  11601 Roosevelt Blvd  Mail Drop N 781  Philadelphia, PA 19154
8206456  Internal Revenue Service  Attn: Ron Hill  801 Tom Martin Drive 137 C3  Birmingham, AL 35211
8206455  Internal Revenue Service  Centralized Insolvency Operations  PO Box 21126  Philadelphia, PA 19114−0326
8206458  JT Smallwood Tax Collector  Room 160 Courthouse  716 Richard Arrington Jr Blvd No  Birmingham, AL 35203
8237212  Jefferson Capital Systems LLC  Po Box 7999  Saint Cloud Mn 56302−9617
8206485  MERRICK BANK  P O BOX 9201  OLD BETHPAGE, NY 11804
8206486  Republic Finance  1140 Roma Ave  Hammond, LA 70403
8206487  Republic Finance  c/o Jenny Lynn Varos  1140 Roma Avenue  Hammond, LA 70403
8210756  Republic Finance Bankruptcy Center  7535 Airways Blvd Ste 210  Southaven, Ms 38671
8236407  SPRINGLEAF FINANCIAL SERVICE  PO BOX 3251  EVANSVILLE, IN 47731−3251
8206490  SWISS COLONY  1112 7TH AVENUE  MONROE, WI 53566
8206488  Safeco Ins  Po Box 6486  Carol Stream, IL 60197−6486
8206489  Safeco−  c/o Brennam &Clark Ltd  721 E Madison Suite 200  Villa Park, IL 60181
8221438  Santander Consumer USA  P.O. Box 961245  Fort Worth TX 76161
8206452  Santander Consumer USA  PO Box 660633  Dallas, TX 75266
8206453  Springleaf  430 Green Springs Hwy Ste 13  Birmingham, AL 35209
8206459  State of Alabama Department of Revenue  Collection Services Division  PO Box 327820  Montgomery, AL 36132−7820
8206460  Travis Hulsey, Jefferson County  716 Richard Arrington Jr. Blvd No  Birmingham, AL 35203
8206461  U.S. Attorney's Office  1801 4th Ave No  Birmingham, AL 35203−2101
8206491  Union CR Alb  Post Office Box 71666  Albany, GA 31708
8206471  cash connection  918 9th Avenue  Birmingham, AL 35202

TOTAL: 51