United States Bankruptcy Court
Northern District of Alabama

In re:                                                              Case No. 14-00991-TBB
Michael E Morsby                                                    Chapter 13
Michele Y Morsby
        Debtors

# CERTIFICATE OF NOTICE

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2014.
```
db/jdb      +Michael E Morsby,  Michele Y Morsby,  7313 Earlwood Road,  Fairfield, AL 35064-2404
8206478     +1ST FRANKLIN FINANCIAL CORPORATION,  PO BOX 250,  BESSEMER, AL 35021-0250
8206463     +ALAGASCO,  ATTN: P. ANDERSON,  605 21ST ST N,  BIRMINGHAM, AL 35203-2707
8206468     +Birmingham Water Works,  Attn: Bankruptcy Department,  3600 1st Avenue North,
             Birmingham, AL 35222-1210
8206469     +Brclys Bank Delaware,  PO Box 26182,  Wilmington, DE 19899-6182
8206470     ++CAPITAL ONE,  PO BOX 30285,  SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,  PO Box 5155,  Norcross, GA 30091)
8206473     +CB Bessemer Collection,  1920 3rd AVe No,  Bessemer, AL 35020-4910
8206472     +Cash Connection,  191 West Valley Avenue,  Birmingham, AL 35209-3695
8237809     +Credit Central,  700 E North Street,  Suite 15,  Greenville, SC 29601-3013
8206474     +Credit Central South,  536 West Town Plaza,  Bessemer, AL 35020-5346
8206475     +Drleonards,  PO Box 2845,  Monroe, WI 53566-8045
8206454     +Eric Holder, Attorney General,  Department of Justice,  10th and Constitution Ave Rm B-324,
             Washington, DC 20530-0001
8206477      FAMS,  Post Office Box 451409,  Atlanta, GA 31145-9409
8206483     +GE Capital Retail Bank,  c/o Portfolio Recovery,  287 Independence,
             Virginia Beach, VA 23462-2962
8206458     +JT Smallwood Tax Collector,  Room 160 Courthouse,  716 Richard Arrington Jr Blvd No,
             Birmingham, AL 35203-0133
8237212     +Jefferson Capital Systems LLC,  Po Box 7999,  Saint Cloud Mn 56302-7999
8206486     +Republic Finance,  1140 Roma Ave,  Hammond, LA 70403-5464
8206487     +Republic Finance,  c/o Jenny Lynn Varos,  1140 Roma Avenue,  Hammond, LA 70403-5464
8210756     +Republic Finance Bankruptcy Center,  7535 Airways Blvd Ste 210,  Southaven, Ms 38671-5809
8206490     +SWISS COLONY,  1112 7TH AVENUE,  MONROE, WI 53566-1364
8206452     +Santander Consumer USA,  PO Box 660633,  Dallas, TX 75266-0633
8221438     +Santander Consumer USA,  P.O. Box 961245,  Fort Worth TX 76161-0244
8206460     +Travis Hulsey, Jefferson County,  716 Richard Arrington Jr. Blvd No,  Birmingham, AL 35203-0100
8206461      U.S. Attorney's Office,  1801 4th Ave No,  Birmingham, AL 35203-2101
8206491     +Union CR Alb,  Post Office Box 71666,  Albany, GA 31708-1666
8206471     +cash connection,  918 9th Avenue,  Birmingham, AL 35228
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
8206465     +E-mail/Text: Bankruptcy@icsystem.com Apr 18 2014 23:53:33     AT&T, C/O IC Systems,
             PO Box 64378,  Saint Paul, MN 55164-0378
8206464      E-mail/Text: g17768@att.com Apr 18 2014 23:52:00     AT&T,  PO Box 105503,
             Atlanta, GA 30348-5503
8206466     +E-mail/Text: bknotice@erccollections.com Apr 18 2014 23:53:34     AT&T, C/O Enhanced Recovery,
             8014 Bayberry Rd,  Jacksonville, FL 32256-7412
8220683     +E-mail/Text: g20956@att.com Apr 18 2014 23:54:06     AT&T Mobility II LLC,  % AT&T Services, Inc,
             Karen Cavagnaro, Paralegal,  One AT&T Way, Room 3A104,  Bedminster, NJ 07921-2693
8206462     +E-mail/Text: G2APCBANK@southernco.com Apr 18 2014 23:52:49     Alabama Power,
             Birmingham Div 4S-1135,  PO Box 2641,  Birmingham, AL 35291-0001
8217078      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 18 2014 23:56:18
             American InfoSource LP as agent for,  Midland Funding LLC,  PO Box 268941,
             Oklahoma City, OK 73126-8941
8214750     +E-mail/Text: bankruptcy@oliphantfinancial.com Apr 18 2014 23:53:13     Atlas Acquisitions LLC,
             c/o Oliphant Financial, LLC,  9009 Town Center Parkway,  Lakewood Ranch, FL 34202-4165
8206467      E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2014 00:02:17     Belk,  PO Box 530940,
             Atlanta, GA 30353-0940
8220682     +E-mail/Text: g17768@att.com Apr 18 2014 23:52:00     BellSouth Telecommunications, Inc.,
             % AT&T Services, Inc,  Karen Cavagnaro, Paralegal,  One AT&T Way, Room 3A104,
             Bedminster, NJ 07921-2693
8206476     +Fax: 614-760-4092 Apr 19 2014 00:26:22     Easy Money,  210B Midfield Street,
             Birmingham, AL 35228-2221
8206479      E-mail/Text: gecsedi@recoverycorp.com Apr 19 2014 00:02:19     GE CAPITAL,  P O BOX 103101,
             Roswell, GA 30076
8206481     +E-mail/Text: bankruptcydpt@mcmcg.com Apr 18 2014 23:53:12     GE Capital Reatail Bank,
             c/o Midland Fund,  8875 Aero Drive,  San Diego, CA 92123-2251
8206482      E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2014 23:56:21     GE Capital Retail Bank,
             PO Box 960061,  Orlando, FL 32896-0061
8206484     +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2014 00:02:19     GECRB/ Walmart,  PO Box 965005,
             Orlando, FL 32896-5005
8206480     +E-mail/Text: bankruptcydpt@mcmcg.com Apr 18 2014 23:53:12     Ge Capital,  C/O Midland Credit,
             8875 Aero Dr,  San Diego, CA 92123-2251
8206457      E-mail/Text: cio.bncmail@irs.gov Apr 18 2014 23:52:24     Internal Revenue Service,
             11601 Roosevelt Blvd,  Mail Drop N 781,  Philadelphia, PA 19154
8206456      E-mail/Text: cio.bncmail@irs.gov Apr 18 2014 23:52:24     Internal Revenue Service,
             Attn: Ron Hill,  801 Tom Martin Drive 137 C3,  Birmingham, AL 35211
8206455      E-mail/Text: cio.bncmail@irs.gov Apr 18 2014 23:52:24     Internal Revenue Service,
             Centralized Insolvency Operations,  PO Box 21126,  Philadelphia, PA 19114-0326
8206485     +E-mail/Text: bkr@cardworks.com Apr 18 2014 23:51:46     MERRICK BANK,  P O BOX 9201,
             OLD BETHPAGE, NY 11804-9001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
8236407        E-mail/PDF: cbp@slfs.com Apr 18 2014 23:56:06        SPRINGLEAF FINANCIAL SERVICE,   PO BOX 3251,
               EVANSVILLE, IN 47731-3251
8206453        E-mail/PDF: cbp@slfs.com Apr 18 2014 23:55:14        Springleaf,   430 Green Springs Hwy Ste 13,
               Birmingham, AL 35209
8206488        E-mail/Text: bankruptcies@libertymutual.com Apr 18 2014 23:53:16        Safeco Ins,   Po Box 6486,
               Carol Stream, IL 60197-6486
8206489       +E-mail/Text: updates@brennanclark.com Apr 18 2014 23:54:01        Safeco-,   c/o Brennan & Clark Ltd,
               721 E Madison Suite 200,   Villa Park, IL 60181-3082
8206459        E-mail/Text: bankruptcy@revenue.alabama.gov Apr 18 2014 23:54:09
               State of Alabama Department of Revenue,   Collection Services Division,   PO Box 327820,
               Montgomery, AL 36132-7820
                                                                                            TOTAL: 24

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2014                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2014 at the address(es) listed below:
               D. Sims Crawford   ctmail@ch13bham.com,  scrawford13@ecf.epiqsystems.com
               Joe S Erdberg    on behalf of Joint Debtor Michele Y Morsby jerdberg@jaffeerdberg.com,
               jandeecf@gmail.com
               Joe S Erdberg    on behalf of Debtor Michael E Morsby jerdberg@jaffeerdberg.com,
               jandeecf@gmail.com
                                                                                            TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

**In re:**                                                  **Case No.** 14–00991–TBB13

Michael E Morsby                                            **Chapter** 13

**SSN:** xxx–xx–6798

Michele Y Morsby

**SSN:** xxx–xx–5397

    **Debtor(s)**

# NOTICE OF HEARING

Notice is hereby given that a hearing will be held to consider and act upon the following:

*19* – Trustee's Objection to Confirmation of Chapter 13 Plan, Motion to Dismiss Case for Failure to File Documents under 521(i) , Trustee's Motion to Dismiss, Motion to Convert Case to Chapter 7 . (Crawfordoffice, km)

**Date: Tuesday, May 27, 2014**                    **Time: 09:30 AM**

**Location: Robert Vance Fed Bldg, 1800 5th Ave No, Courtroom 1, Birmingham, AL 35203**

**NOTE CHANGE OF BUILDING LOCATION**

    Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non–evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders.

Dated:  April 18, 2014                              By:

                                                Scott W. Ford, Clerk

                                                United States Bankruptcy Court

sva