KW                                                                              10:30 AM
Case: 14-00991-TBB13            341 MEETING AND            341 Hearing: 04/09/2014
                                CONFIRMATION HEARING       Confirmation Hearing: 05/27/2014
                                BENCH SHEET

Debtor(s): MORSBY, MICHAEL E          XXX-CC-6798          # of previous Chapter 13 cases - 1
           MORSBY, MICHELE Y          XXX-CC-5397          Southern Division:

Debtor Present at 341 meeting?  (/) Yes  ( ) No            Previous discharges:

                                                                    60 mo = 8.27 monthly
Attorney: JAFFE & ERDBERG, P.C.       CONFIRMATION:    ( ) RECOMMENDED
                                                       ( ) NOT RECOMMENDED
Attorney Present at 341 meeting? (/) Yes ( ) No
                                      $ 827     ( ) Weekly        ( ) Bi-Weekly
                                                ( ) Semi-Monthly  (/) Monthly
Debtor Employer: RECS SOC SEC DISABILITY / PENSION
D.O. Sent:                            For 60 months pursuant to the plan.
                                      Plan payments by ( ) Payroll Deduction  (/) Direct
Joint Debtor Employer: RECS DISABILITY
D.O. Sent:                            ( ) Composition Plan: _____ % to allowed nonpriority
                                          unsecured claims.
Petition Filed: 03/13/2014  May 2
Proposed Plan Payments: 736.00 MONTHLY  Attorney fee distribution pursuant to:
Latest plan filed:  03/13/2014  #6     Plan (/)   Trustee            Attorney
                                                  recommendation ( ) agreed ( )
Amended plan payment: $_____
                                       Total fee:              $ 3,000.
Notes from Confirmation Hearing: _____  Amount paid prepetition: $ 0.
Debtor present? ( ) Yes  ( ) No        First installment:       $ 1,000.
Attorney present? ( ) Yes ( ) No       Balance to be paid:      $ 400. monthly for ___ months
Other: _____                         Then:                    $ ____ monthly for ___ months
( ) Enter Confirmation Order           Then:                    $ ____ monthly for ___ months

341 MTG. CONCLUDED
APR 16 2014     341 meeting continued to 4/16  Reason: 4 / 32   DWR

                                                                              43,678.47
NOTES FOR CONFIRMATION ORDER:
( ) Debtor orally moved in open court to amend plan payment amount and/or increase fixed payment(s).
( ) Claim Number _____ of _____ is to be paid direct and no disbursement through Trustee.
( ) _____ must file proof of claim for arrearage to receive disbursement from Trustee.
( ) Trustee's Objection to Confirmation and Motion to Dismiss is _____.
( ) Trustee's Objection to Claim of Exemptions is _____.
( ) Objection to Confirmation filed by _____ is _____.

SPECIAL PROVISIONS:
3/13/2014
Debtor will pay all pre-petition and post-petition service with Alabama Power, Birmingham Water Works and Alagasco in the ordinary course of business as adequate assurance under title 11 USC § 366 in lieu of posting a deposit under title 11 USC § 366 and acknowledges that 11 USC § 362 will not prohibit collection of these debts

## TO BE PAID THROUGH TRUSTEE

| Claim | Creditor Name | Adequate Protection Payment | Adequate Protection Payment Ends | Debt Listed | Amt Filed | Secured/ Priority | Interest Rate | Fixed Monthly Payment | Fixed Monthly Payment Begins |
|---|---|---|---|---|---|---|---|---|---|
| 004 | GE Capital Retail Bk AMERICAN INFOSOURCE AS AG | | | 1,153.00 | 1,152.66 | | | | |
| | | | | 943.00 | | | | | |
| | | | | | | | | | |
| 006 | ATT MOBILITY II LLC | | | | 61.50 | | | | |
| | BARCLAY | | | 2,353.00 | | | | | |
| | BELK | | | 1,152.66 | | | | | |
| 005 | AT&T BELLSOUTH TELECOMMUNICAT | | | 527.00 | 550.80 | | | | |
| | CAPITAL ONE | | | 2,360.00 | | | | | |
| 2 | Oliphant Fin Atlas Acquisition CAPITAL ONE | | | 812.00 | 1,218.10 | | | | |
| | CASH CONNECTION | | | 588.00 | | | | | |
| | CASH CONNECTION | | | 600.00 | | | | | |
| | CB BESSEMER COLLECTIONS | | | 113.00 | | | | | |
| | CB BESSEMER COLLECTIONS | | | 59.00 | | | | | |
| | CB BESSEMER COLLECTIONS | | | 113.00 | | | | | |
| | CREDIT CENTRAL SOUTH INC | | | 846.00 | | | | | |
| | DRLEONARDS | | | 178.00 | | | | | |
| | EASY MONEY | | | 588.00 | | | | | |
| | ERIC HOLDER, ATTORNEY GENE | | | 0.00 | | P | | | |
| | FINANCIAL ASSET MANAGEMEN | | | 3,186.47 | | | | | |
| 8 | FIRST FRANKLIN | | | 2,360.00 | 1582.34 | S | | | |
| | AT&T | | | 355.00 | | | | | |

Case 14-00991-TBB13    Doc 22    Filed 05/20/14    Entered 05/20/14 08:47:33    Desc
Page 2 of 4

| Claim | Creditor Name | Adequate Protection Payment | Adequate Protection Payment Ends | Debt Listed | Amt Filed | Secured/ Priority | Interest Rate | Fixed Monthly Payment | Fixed Monthly Payment Begins |
|---|---|---|---|---|---|---|---|---|---|
| 3 | American Infosource / GE CAPITAL | | | 973.00 | 973.01 | | | | |
| 12 | GE CAPITAL RETAIL BANK | | | 2,460.00 | 2360.04 | | | | |
| 10 | GE CAPITAL RETAIL BANK | | | 581.00 | 554.58 | | | | |
| | INTERNAL REVENUE SERVICE | | | 0.00 | | P | | | |
| | JT SMALLWOOD, JEFFCO TAX C | | | 0.00 | | P | | | |
| | MERRICK BANK | | | 3,112.00 | | | | | |
| | MERRICK BANK | | | 1,413.00 | | | | | |
| 001 | REPUBLIC FINANCE LLC #80 | | | 624.00 | 392.69 | | | | |
| | SAFECO INS | | | 201.26 | | | | | |
| 9 | 08 Cadillac / SPRINGLEAF FINANCIAL SERVIC | 98.00 | conf 04/2015 | 13,406.40 / 12,000.00 | 11,842.92 | S | 5.2500 | need 236 / 200.00 | conf 05/2015 x57 |
| | STATE OF ALABAMA DEPT OF R | | | 0.00 | | P | | | |
| 14 | SWISS COLONY | | | 346.00 | 346.02 | | | | |
| | TRAVIS HULSEY JEFFERSON CC | | | 0.00 | | P | | | |
| | UNION CREDIT CORP | | | 842.00 | | | | | |
| | US ATTORNEY GENERAL | | | 0.00 | | P | | | |
| | WALMART | | | 1,490.00 | | | | | |
| | *****TOTAL***** | 98.00 | | 42,329.39 | 4,348.76 | | | need 236 200.00 | |

CONTINUING CLAIMS


UNLISTED CLAIMS

## DEBTS TO BE PAID DIRECT

| Claim | Creditor Name | Amount of Debt | Reason to be paid direct |
|---|---|---|---|
|  | BIRMINGHAM WATER WORKS | 1.00 |  |
|  | ALABAMA POWER COMPANY | 1.00 |  |
|  | ALABAMA GAS CORPORATION | 1.00 |  |
| 007 | SANTANDER CONSUMER USA | 17,800.00 | o/o mercedes |
| 007 | SANTANDER CONSUMER USA | 0.00 | codebtor drives and pays |

*handwritten:* 750.

*handwritten right margin:* 20,950.00 S  3,340.40 u

Case 14-00991-TBB13    Doc 22    Filed 05/20/14    Entered 05/20/14 08:47:33    Desc
Page 4 of 4