UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**Michael and Michelle Morsby**         }         **Case No. 14-00991**
                                        }         **Chapter 13**
                          **Debtor(s).**}

### ORDER ON MOTION TO AVOID LIEN ON CERTAIN HOUSEHOLD AND PERSONAL GOODS PURSUANT TO 11 U.S.C. § 522(f)(1)(B)

This matter came before the Court on the Debtor's Motion to Avoid a Lien on Household and Personal Goods pursuant to 11 U.S.C. § 522(f)(1)(B) requesting the Court avoid the fixing of a lien on an interest of the Debtor(s) in and to certain personal property. Notice of the motion and of an opportunity for a hearing thereon was provided pursuant to Local Rule 4003-2. Neither the creditor nor any other party in interest filed any opposition or other response to said motion, and it appears to the Court the motion is due to be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED that the motion is granted and that, pursuant to 11 U.S.C. § 522(f), the nonpossessory, non-purchase money lien of 1st Franklin Financial Corp shall be and hereby is AVOIDED to the extent it impairs the Debtor's exemptions.

**DATED** this, the 22nd day of May, 2014.

Thomas Bennett
United States Bankruptcy Judge