# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 1126−2 | User: sarcher | Date Created: 5/22/2014 | |
| Case: 14−00991−TBB13 | Form ID: pdf000 | Total: 5 | |

**Recipients of Notice of Electronic Filing:**
tr      D. Sims Crawford      ctmail@ch13bham.com
aty      Joe S Erdberg      jerdberg@jaffeerdberg.com

                                                                                                       TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Michael E Morsby      7313 Earlwood Road      Fairfield, AL 35064
jdb      Michele Y Morsby      7313 Earlwood Road      Fairfield, AL 35064
8206478      1ST FRANKLIN FINANCIAL CORPORATION      PO BOX 250      BESSEMER, AL 35021

                                                                                                       TOTAL: 3