United States Bankruptcy Court
Northern District of Alabama

In re:  
Michael E Morsby  
Michele Y Morsby  
       Debtors

Case No. 14-00991-TBB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1126-2     User: sarcher     Page 1 of 1     Date Rcvd: May 22, 2014  
                         Form ID: pdf000     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2014.  
db/jdb       +Michael E Morsby,    Michele Y Morsby,    7313 Earlwood Road,    Fairfield, AL 35064-2404  
8206478      +1ST FRANKLIN FINANCIAL CORPORATION,    PO BOX 250,    BESSEMER, AL 35021-0250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2014                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2014 at the address(es) listed below:  
        D. Sims Crawford     ctmail@ch13bham.com,  scrawford13@ecf.epiqsystems.com  
        Joe S Erdberg    on behalf of Joint Debtor Michele Y Morsby jerdberg@jaffeerdberg.com, jandeecf@gmail.com  
        Joe S Erdberg    on behalf of Debtor Michael E Morsby jerdberg@jaffeerdberg.com, jandeecf@gmail.com  
                                                                                          TOTAL: 3

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**Michael and Michelle Morsby**    }    Case No. 14-00991
                                   }    Chapter 13
                  **Debtor(s).**   }

## ORDER ON MOTION TO AVOID LIEN ON CERTAIN HOUSEHOLD AND PERSONAL GOODS PURSUANT TO 11 U.S.C. § 522(f)(1)(B)

This matter came before the Court on the Debtor's Motion to Avoid a Lien on Household and Personal Goods pursuant to 11 U.S.C. § 522(f)(1)(B) requesting the Court avoid the fixing of a lien on an interest of the Debtor(s) in and to certain personal property. Notice of the motion and of an opportunity for a hearing thereon was provided pursuant to Local Rule 4003-2. Neither the creditor nor any other party in interest filed any opposition or other response to said motion, and it appears to the Court the motion is due to be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED that the motion is granted and that, pursuant to 11 U.S.C. § 522(f), the nonpossessory, non-purchase money lien of 1st Franklin Financial Corp shall be and hereby is AVOIDED to the extent it impairs the Debtor's exemptions.

**DATED** this, the 22nd day of May, 2014.

/s/ Thomas B. Bennett
Thomas Bennett
United States Bankruptcy Judge