# PRA RECEIVABLES MANAGEMENT, LLC

P.O. Box 41067• Norfolk, VA 23541-1067
PHONE (877) 829-8298    FAX (757) 961-3500

May 15, 2014

United States Bankruptcy Court
NORTHERN DISTRICT OF ALABAMA
1800 5th Avenue North,
Birmingham, AL 35203

**SUBJECT:** 14-00991 Michael E Morsby and Michele Y Morsby
**Case type:** BK **Chapter:** 13 **Asset:** YES **Vol:** v **Judge:** Thomas B Bennett

ATTN: Bankruptcy Clerk,

Our records reflect that you have been sending pertinent information to the wrong addresses:

**Portfolio Recovery Associates, LLC**
287 Independence
Virginia Beach, VA 23462

(8206483)
(cr)

Please update your records to reflect our most recent notice address:

**Portfolio Recovery Associates, LLC**
PO Box 41067
Norfolk, VA 23541

Thanks,

Toi T Knight/JDR
Portfolio Recovery Associates, LLC
PRA Receivables Management, LLC
PO BOX 41067
Norfolk, VA 23541
877-829-8298 ext. 12138
ttknight@portfoliorecovery.com