# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

In the Matter of:

| | |
|---|---|
| Michael E Morsby } | **Case No: 14-00991-TBB13** |
| SSN: XXX-XX-6798 } | |
| Michele Y Morsby } | |
| SSN: XXX-XX-5397 } | |
| DEBTOR(S). } | |

## ORDER

This matter came before the Court on Tuesday, May 27, 2014 09:30 AM, for a hearing on the following:
   1) Confirmation Hearing
   2) RE: Doc #19; Trustee's Objection to Confirmation and Motion to Dismiss Case or in the Alternative Motion to Convert Case to Chapter 7

Proper notice of the hearing was given and appearances were made by the following:
   D. Sims Crawford (Trustee)
   Valrey W Early III, attorney for Debtor
   Michael E. Morsby
   Michele Y. Morsby

**It is therefore ORDERED ADJUDGED and DECREED that:**

In light of the amendments required to be filed with the Clerk and served on the creditor mailing matrix by the close of business June 3, 2014, and based on arguments of counsel, the pleadings, the evidence before the Court, and the findings of fact and conclusions of law set forth on the record and incorporated herein by reference, confirmation of the Debtors chapter 13 plan is DENIED.

Further, once said amendments are timely filed, a hearing on confirmation of the Debtors chapter 13 plan, the Trustee's objection to confirmation, motion to dismiss and motion to convert case to Chapter 7 shall be rescheduled by a subsequent notice of hearing.

Further, if said requirements are not timely met, the Clerk's office is directed to prepare an order of dismissal.

Dated: 05/29/2014

/s/ THOMAS BENNETT
THOMAS BENNETT
United States Bankruptcy Judge