# Notice Recipients

District/Off: 1126–2       User: sarcher              Date Created: 5/29/2014
Case: 14–00991–TBB13       Form ID: pdfall            Total: 56

**Recipients of Notice of Electronic Filing:**
tr          D. Sims Crawford       ctmail@ch13bham.com
aty         Joe S Erdberg          jerdberg@jaffeerdberg.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Michael E Morsby       7313 Earlwood Road      Fairfield, AL 35064
jdb         Michele Y Morsby       7313 Earlwood Road      Fairfield, AL 35064
8206478     1ST FRANKLIN FINANCIAL CORPORATION       PO BOX 250       BESSEMER, AL 35021
8206463     ALAGASCO       ATTN: P. ANDERSON       605 21ST ST N       BIRMINGHAM, AL 35203
8206466     AT       C/O Enhanced Recovery       8014 Bayberry Rd       Jacksonville, FL 32256
8206465     AT       C/O IC Systems       PO Box 64378       Saint Paul, MN 55164
8206464     AT       PO Box 105503       Atlanta, GA 30348–5503
8220683     ATTMobility II LLC       % ATTServices, Inc       Karen Cavagnaro, Paralegal       One ATTWay, Room 3A104       Bedminster, NJ 07921
8206462     Alabama Power       Birmingham Div 4S–1135       PO Box 2641       Birmingham, AL 35291
8217078     American InfoSource LP as agent for       Midland Funding LLC       PO Box 268941       Oklahoma City, OK 73126–8941
8214750     Atlas Acquisitions LLC       c/o Oliphant Financial, LLC       9009 Town Center Parkway       Lakewood Ranch, FL 34202
8206467     Belk       PO Box 530940       Atlanta, GA 30353–0940
8220682     BellSouth Telecommunications, Inc.       % ATTServices, Inc       Karen Cavagnaro, Paralegal       One ATTWay, Room 3A104       Bedminster, NJ 07921
8206468     Birmingham Water Works       Attn: Bankruptcy Department       3600 1st Avenue North       Birmingham, AL 35222
8206469     Brclys Bank Delaware       PO Box 26182       Wilmington, DE 19899
8206473     CB Bessemer Collection       1920 3rd AVe No       Bessemer, AL 35020
8206470     Capital One       PO Box 5155       Norcross, GA 30091
8255045     Capital One Bank (USA), N.A.       PO Box 71083       Charlotte, NC 28272–1083
8206472     Cash Connection       191 West Valley Avenue       Birmingham, AL 35209
8237809     Credit Central       700 E North Street       Suite 15       Greenville, SC 29601
8206474     Credit Central South       536 West Town Plaza       Bessemer, AL 35020
8206475     Drleonards       PO Box 2845       Monroe, WI 53566
8206476     Easy Money       210B Midfield Street       Birmingham, AL 35228
8206454     Eric Holder, Attorney General       Department of Justice,       10th and Constitution Ave Rm B–324       Washington, DC 20530
8206477     FAMS       Post Office Box 451409       Atlanta, GA 31145–9409
8206479     GE CAPITAL       P O BOX 103101       Roswell, GA 30076
8206481     GE Capital Reatail Bank       c/o Midland Fund       8875 Aero Drive       San Diego, CA 92123
8206482     GE Capital Retail Bank       PO Box 960061       Orlando, FL 32896–0061
8206483     GE Capital Retail Bank       c/o Portfolio Recovery       287 Independence       Virginia Beach, VA 23462
8206484     GECRB/ Walmart       PO Box 965005       Orlando, FL 32896
8206480     Ge Capital       C/O Midland Credit       8875 Aero Dr       San Diego, CA 92123
8206457     Internal Revenue Service       11601 Roosevelt Blvd       Mail Drop N 781       Philadelphia, PA 19154
8206456     Internal Revenue Service       Attn: Ron Hill       801 Tom Martin Drive 137 C3       Birmingham, AL 35211
8206455     Internal Revenue Service       Centralized Insolvency Operations       PO Box 21126       Philadelphia, PA 19114–0326
8206458     JT Smallwood Tax Collector       Room 160 Courthouse       716 Richard Arrington Jr Blvd No       Birmingham, AL 35203
8237212     Jefferson Capital Systems LLC       Po Box 7999       Saint Cloud Mn 56302–9617
8206485     MERRICK BANK       P O BOX 9201       OLD BETHPAGE, NY 11804
8256092     Portfolio Recovery Associates, LLC       POB 41067       Norfolk VA 23541
8206486     Republic Finance       1140 Roma Ave       Hammond, LA 70403
8206487     Republic Finance       c/o Jenny Lynn Varos       1140 Roma Avenue       Hammond, LA 70403
8210756     Republic Finance Bankruptcy Center       7535 Airways Blvd Ste 210       Southaven, Ms 38671
8236407     SPRINGLEAF FINANCIAL SERVICE       PO BOX 3251       EVANSVILLE, IN 47731–3251
8206490     SWISS COLONY       1112 7TH AVENUE       MONROE, WI 53566
8206488     Safeco Ins       Po Box 6486       Carol Stream, IL 60197–6486
8206489     Safeco–       c/o Brennam &Clark Ltd       721 E Madison Suite 200       Villa Park, IL 60181
8221438     Santander Consumer USA       P.O. Box 961245       Fort Worth TX 76161
8206452     Santander Consumer USA       PO Box 660633       Dallas, TX 75266
8206453     Springleaf       430 Green Springs Hwy Ste 13       Birmingham, AL 35209
8206459     State of Alabama Department of Revenue       Collection Services Division       PO Box 327820       Montgomery, AL 36132–7820
8257206     The Swiss Colony       c/o Creditors Bankruptcy Service       P.O. Box 740933       Dallas, TX 75374
8206460     Travis Hulsey, Jefferson County       716 Richard Arrington Jr. Blvd No       Birmingham, AL 35203
8206461     U.S. Attorney's Office       1801 4th Ave No       Birmingham, AL 35203–2101

8206491     Union CR Alb        Post Office Box 71666       Albany, GA 31708
8206471     cash connection     918 9th Avenue              Birmingham, AL 35202

                                                                            TOTAL: 54