United States Bankruptcy Court
Northern District of Alabama

In re:
Michael E Morsby
Michele Y Morsby
          Debtors

Case No. 14-00991-TBB
Chapter 13

# CERTIFICATE OF NOTICE

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2014.
```
db/jdb      +Michael E Morsby,   Michele Y Morsby,   7313 Earlwood Road,   Fairfield, AL 35064-2404
8206478     +1ST FRANKLIN FINANCIAL CORPORATION,   PO BOX 250,   BESSEMER, AL 35021-0250
8206463     +ALAGASCO,   ATTN: P. ANDERSON,   605 21ST ST N,   BIRMINGHAM, AL 35203-2707
8206468     +Birmingham Water Works,   Attn: Bankruptcy Department,   3600 1st Avenue North,
             Birmingham, AL 35222-1210
8206469     +Brclys Bank Delaware,   PO Box 26182,   Wilmington, DE 19899-6182
8206470     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,   PO Box 5155,   Norcross, GA 30091)
8206473     +CB Bessemer Collection,   1920 3rd AVe No,   Bessemer, AL 35020-4910
8255045      Capital One Bank (USA),N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
8206472     +Cash Connection,   191 West Valley Avenue,   Birmingham, AL 35209-3695
8237809     +Credit Central,   700 E North Street,   Suite 15,   Greenville, SC 29601-3013
8206474     +Credit Central South,   536 West Town Plaza,   Bessemer, AL 35020-5346
8206475     +Drleonards,   PO Box 2845,   Monroe, WI 53566-8045
8206454     +Eric Holder, Attorney General,   Department of Justice,,   10th and Constitution Ave Rm B-324,
             Washington, DC 20530-0001
8206477      FAMS,   Post Office Box 451409,   Atlanta, GA 31145-9409
8206483     +GE Capital Retail Bank,   c/o Portfolio Recovery,   287 Independence,
             Virginia Beach, VA 23462-2962
8206458     +JT Smallwood Tax Collector,   Room 160 Courthouse,   716 Richard Arrington Jr Blvd No,
             Birmingham, AL 35203-0133
8237212     +Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
8256092     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541)
8206486     +Republic Finance,   1140 Roma Ave,   Hammond, LA 70403-5464
8206487     +Republic Finance,   c/o Jenny Lynn Varos,   1140 Roma Avenue,   Hammond, LA 70403-5464
8210756     +Republic Finance Bankruptcy Center,   7535 Airways Blvd Ste 210,   Southaven, Ms 38671-5809
8206490     +SWISS COLONY,   1112 7TH AVENUE,   MONROE, WI 53566-1364
8206452     +Santander Consumer USA,   PO Box 660633,   Dallas, TX 75266-0633
8221438     +Santander Consumer USA,   P.O. Box 961245,   Fort Worth TX 76161-0244
8257206     +The Swiss Colony,   c/o Creditors Bankruptcy Service,   P.O. Box 740933,   Dallas, TX 75374-0933
8206460     +Travis Hulsey, Jefferson County,   716 Richard Arrington Jr. Blvd No,   Birmingham, AL 35203-0100
8206461      U.S. Attorney's Office,   1801 4th Ave No,   Birmingham, AL 35203-2101
8206491     +Union CR Alb,   Post Office Box 71666,   Albany, GA 31708-1666
8206471     +cash connection,   918 9th Avenue,   Birmingham, AL 35228
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
8206465     +E-mail/Text: Bankruptcy@icsystem.com May 30 2014 01:13:27     AT&T,   C/O IC Systems,
             PO Box 64378,   Saint Paul, MN 55164-0378
8206464      E-mail/Text: g17768@att.com May 30 2014 01:11:13      AT&T,   PO Box 105503,
             Atlanta, GA 30348-5503
8206466     +E-mail/Text: bknotice@erccollections.com May 30 2014 01:13:28     AT&T,   C/O Enhanced Recovery,
             8014 Bayberry Rd,   Jacksonville, FL 32256-7412
8220683     +E-mail/Text: g20956@att.com May 30 2014 01:14:07     AT&T Mobility II LLC,   % AT&T Services, Inc,
             Karen Cavagnaro, Paralegal,   One AT&T Way, Room 3A104,   Bedminster, NJ 07921-2693
8206462     +E-mail/Text: G2APCBANK@southernco.com May 30 2014 01:12:11     Alabama Power,
             Birmingham Div 4S-1135,   PO Box 2641,   Birmingham, AL 35291-0001
8217078      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 30 2014 01:21:08
             American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
             Oklahoma City, OK  73126-8941
8214750     +E-mail/Text: bankruptcy@oliphantfinancial.com May 30 2014 01:12:55     Atlas Acquisitions LLC,
             c/o Oliphant Financial, LLC,   9009 Town Center Parkway,   Lakewood Ranch, FL 34202-4165
8206467      E-mail/PDF: gecsedi@recoverycorp.com May 30 2014 01:23:11     Belk,   PO Box 530940,
             Atlanta, GA 30353-0940
8220682     +E-mail/Text: g17768@att.com May 30 2014 01:11:13     BellSouth Telecommunications, Inc.,
             % AT&T Services, Inc,   Karen Cavagnaro, Paralegal,   One AT&T Way, Room 3A104,
             Bedminster, NJ 07921-2693
8206476     +Fax: 614-760-4092 May 30 2014 02:33:03     Easy Money,   210B Midfield Street,
             Birmingham, AL 35228-2221
8206479     +E-mail/PDF: gecsedi@recoverycorp.com May 30 2014 01:23:15     GE CAPITAL,   P O BOX 103101,
             Roswell, GA 30076
8206481     +E-mail/Text: bankruptcydpt@mcmcg.com May 30 2014 01:12:55     GE Capital Reatail Bank,
             c/o Midland Fund,   8875 Aero Drive,   San Diego, CA 92123-2251
8206482      E-mail/PDF: gecsedi@recoverycorp.com May 30 2014 01:24:37     GE Capital Retail Bank,
             PO Box 960061,   Orlando, FL 32896-0061
8206484     +E-mail/PDF: gecsedi@recoverycorp.com May 30 2014 01:24:37     GECRB/ Walmart,   PO Box 965005,
             Orlando, FL 32896-5005
8206480     +E-mail/Text: bankruptcydpt@mcmcg.com May 30 2014 01:12:55     Ge Capital,   C/O Midland Credit,
             8875 Aero Dr,   San Diego, CA 92123-2251
8206457      E-mail/Text: cio.bncmail@irs.gov May 30 2014 01:11:33     Internal Revenue Service,
             11601 Roosevelt Blvd,   Mail Drop N 781,   Philadelphia, PA 19154
8206456      E-mail/Text: cio.bncmail@irs.gov May 30 2014 01:11:33     Internal Revenue Service,
             Attn: Ron Hill,   801 Tom Martin Drive 137 C3,   Birmingham, AL 35211
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
8206455       E-mail/Text: cio.bncmail@irs.gov May 30 2014 01:11:33     Internal Revenue Service,
              Centralized Insolvency Operations,    PO Box 21126,    Philadelphia, PA 19114-0326
8237212      +E-mail/Text: bankruptcy@jeffersoncapitalinternational.com May 30 2014 01:13:41
              Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
8206485      +E-mail/Text: bkr@cardworks.com May 30 2014 01:11:00     MERRICK BANK,    P O BOX 9201,
              OLD BETHPAGE, NY 11804-9001
8236407       E-mail/PDF: cbp@slfs.com May 30 2014 01:24:30     SPRINGLEAF FINANCIAL SERVICE,    PO BOX 3251,
              EVANSVILLE, IN 47731-3251
8206453       E-mail/PDF: cbp@slfs.com May 30 2014 01:22:25     Springleaf,    430 Green Springs Hwy Ste 13,
              Birmingham, AL 35209
8206488       E-mail/Text: bankruptcies@libertymutual.com May 30 2014 01:13:01     Safeco Ins,    Po Box 6486,
              Carol Stream, IL 60197-6486
8206489      +E-mail/Text: updates@brennanclark.com May 30 2014 01:14:00     Safeco-,    c/o Brennam & Clark Ltd,
              721 E Madison Suite 200,    Villa Park, IL 60181-3082
8206459       E-mail/Text: bankruptcy@revenue.alabama.gov May 30 2014 01:14:13
              State of Alabama Department of Revenue,    Collection Services Division,    PO Box 327820,
              Montgomery, AL 36132-7820
                                                                                      TOTAL: 25

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2014             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2014 at the address(es) listed below:
              D. Sims Crawford    ctmail@ch13bham.com,    scrawford13@ecf.epiqsystems.com
              Joe S Erdberg    on behalf of Joint Debtor Michele Y Morsby jerdberg@jaffeerdberg.com,
              jandeecf@gmail.com
              Joe S Erdberg    on behalf of Debtor Michael E Morsby jerdberg@jaffeerdberg.com,
              jandeecf@gmail.com
                                                                                      TOTAL: 3
```

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION**

**In the Matter of:**

| | |
|---|---|
| Michael E Morsby | } |
| SSN: XXX-XX-6798 | } |
| Michele Y Morsby | } |
| SSN: XXX-XX-5397 | } |
| DEBTOR(S). | } |

**Case No: 14-00991-TBB13**

**ORDER**

This matter came before the Court on Tuesday, May 27, 2014 09:30 AM, for a hearing on the following:

    1) Confirmation Hearing
    2) RE: Doc #19; Trustee's Objection to Confirmation and Motion to Dismiss Case or in the Alternative Motion to Convert Case to Chapter 7

Proper notice of the hearing was given and appearances were made by the following:

    D. Sims Crawford (Trustee)
    Valrey W Early III, attorney for Debtor
    Michael E. Morsby
    Michele Y. Morsby

**It is therefore ORDERED ADJUDGED and DECREED that:**

In light of the amendments required to be filed with the Clerk and served on the creditor mailing matrix by the close of business June 3, 2014, and based on arguments of counsel, the pleadings, the evidence before the Court, and the findings of fact and conclusions of law set forth on the record and incorporated herein by reference, confirmation of the Debtors chapter 13 plan is DENIED.

Further, once said amendments are timely filed, a hearing on confirmation of the Debtors chapter 13 plan, the Trustee's objection to confirmation, motion to dismiss and motion to convert case to Chapter 7 shall be rescheduled by a subsequent notice of hearing.

Further, if said requirements are not timely met, the Clerk's office is directed to prepare an order of dismissal.

Dated: 05/29/2014

        /s/ THOMAS BENNETT
        THOMAS BENNETT
        United States Bankruptcy Judge