IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| In re: | } | |
| | } | |
| MICHAEL E. MORSBY and | } | Case No. 14-00991-TBB13 |
| MICHELE Y. MORSBY, | } | Chapter 13 |
| | } | |
| Debtors. | } | |

**DEBTORS' OBJECTION TO CLAIM OF
1ST FRANKLIN FINANCIAL CORPORATION**

**COME NOW** the Debtors, by and through the undersigned counsel of record, and object to the claim of 1st Franklin Financial Corporation, and state as follows:

1. This case was initiated by the filing of a voluntary petition on March 13, 2014.

2. On April 8, 2014, 1st Franklin Financial Corporation ("1st Franklin") filed a secured proof of claim ("Claim 8") in the amount of $1,582.34.

3. On April 17, 2014, the Debtors filed a motion to avoid the lien claimed by 1st Franklin in Claim 8.

4. By Order dated May 22, 2014, the lien claimed by 1st Franklin in Claim 8 was avoided.

5. Debtors aver that, as a result, Claim 8 is due to be treated as a general unsecured claim.

WHEREFORE, Debtors object to Claim 8 of 1st Franklin and request that it be treated as a general unsecured claim.

                                           *s/Valrey W. Early, III*
                                           **VALREY W. EARLY, III**
                                           **Attorney for Debtor**

**OF COUNSEL:**
JAFFE & ERDBERG, P.C.
817 Frank Nelson Building
205 North 20th Street
Birmingham, Alabama 35203
(205) 323-4500

1

2

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon all listed creditors via the Court's Electronic Filing System on this 3d day of June, 2014.

_____/s/ *Valrey W. Early, III*_____

Of Counsel

2