**AMENDED CHAPTER 13 PLAN**

**DEBTOR:** Michael E. Morsby  **CASE NO.:** <u>14-00991-13</u>
**SSN:** XXX-XX-6798
**DEBTOR:** Michele Y. Morsby  **NET MONTHLY EARNINGS: $2831.00**
**SSN:** XXX-XX-5397  **NUMBER OF DEPENDENTS: 0**

I. Plan Payments: Debtor to make payments directly to the Trustee in the amount of $850.00 monthly.

Length of plan is approximately 60 months, and the total amount of debt to be disbursed by the Trustee is approximately $49,620.00

II. From the payments received, the Trustee shall make disbursements as follows:
   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See 11 U.S.C. § 1322(a)(2)]
   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| None | | | N/a |

   B. Total ATTORNEY FEE $3000.00. $1000.00 to be paid at confirmation, and $400.00 monthly until paid in full.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

**1. Long Term Debts:**

| Name of Creditor | Total amount of debt | Amount of regular payment to be paid by the Debtor | Regular payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|
| None | | | | | | |

**2. Secured Debts (not long term debts) to be paid through Trustee:**

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed payments | Fixed payment to Begin |
|---|---|---|---|---|---|---|---|---|
| Springleaf | $98.00 | $12,000.00 | $9,800.00 | $0.00 | 2008 Cadillac DTS | 5.25% | $236.00 | To begin @ confirmation |

**III. Other Debts not shown in 1. or 2. above which Debtor(s) propose to pay direct:**

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral, Property or Debt | Reason for Direct Payment |
|---|---|---|---|---|
| Santander | $17,800.00 | $750.00 | 2006 Mercedes | Debt to be paid non-plan; Co-debtor drives and makes payments |

**IV. Special Provisions:**
- This is an amended plan replacing plan dated March 12, 2014.
- This plan proposes to pay unsecured creditors 100%, plus interest at the rate of 5% on allowed unsecured claims paid through the Trustee.
- This plan proposes to treat the claim of 1st Franklin Financial Corp. as a general unsecured claim.
  Debtor **assumes** lease and/or executory contract with.
- Other provisions:
  1. Debtor(s) will pay pre-petition and post-petition service with Alabama Power, Birmingham Water Works and Alagasco in the ordinary course of business as adequate assurance under title 11 U.S.C. § 366 in lieu of posting a deposit under title 11 U.S.C. § 366 and acknowledges 11 U.S.C. § 362 will not prohibit collection of these debts.

/s/ Michael E. Morsby    Date: <u>June 3, 2014</u>
Debtor

/s/ Michele Y. Morsby

**ATTORNEY FOR DEBTOR:** Jaffe and Erdberg 205 20th St No Ste 817, Birmingham, Al 35203, 205-323-4500