IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In re:                                        )
Michael E. Morsby & Michele Y. Morsby,)        CHAPTER 13 CASE NO
                                              )  14-00991-TBB13
        Debtors.                              )

## CERTIFICATE OF SERVICE OF AMENDED CHAPTER 13 PLAN SUMMARY

      I hereby certify that I have served a copy of the Amended Chapter Plan Summary to all creditors listed on the matrix, and the Chapter 13 Trustee, through the Court's Electronic Filing System and/or by regular US Mail on this 3d day of June, 2014.

                                                               /s/ *Valrey W. Early,III*
                                                             **VALREY W. EARLY, III**
                                                             **Attorney for Debtor**

**OF COUNSEL:**
JAFFE & ERDBERG, P.C.
817 Frank Nelson Building
205 North 20th Street
Birmingham, Alabama 35203
(205) 323-4500