# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **In re:** | **Case No.** 14−00991−TBB13 |
| Michael E Morsby | **Chapter** 13 |
| **SSN:** xxx−xx−6798 | |
| Michele Y Morsby | |
| **SSN:** xxx−xx−5397 | |
| **Debtor(s)** | |

## RESCHEDULED
## NOTICE OF HEARING

Notice is hereby given that a hearing will be held to consider and act upon the following:

1. Trustee's Objection to Confirmation and Motion to Dismiss Case or in the Alternative Motion to Convert Case to Chapter 7

2. Confirmation Hearing

3. Debtors' Objection to Claim #8 of 1st Franklin Financial Corporation in the amount of $1,582.34

**Date:** Tuesday, July 8, 2014     **Time:** 01:30 PM

**Location:** Robert Vance Fed Bldg, 1800 5th Ave No, Courtroom 1, Birmingham, AL 35203

Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non−evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders.

Dated: June 4, 2014     By:

Scott W. Ford, Clerk
United States Bankruptcy Court

sva