# Notice Recipients

District/Off: 1126–2     User: sarcher     Date Created: 6/4/2014
Case: 14–00991–TBB13     Form ID: van020     Total: 56

**Recipients of Notice of Electronic Filing:**
tr     D. Sims Crawford     ctmail@ch13bham.com
aty     Joe S Erdberg     jerdberg@jaffeerdberg.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Michael E Morsby     7313 Earlwood Road     Fairfield, AL 35064
jdb     Michele Y Morsby     7313 Earlwood Road     Fairfield, AL 35064
8206478     1ST FRANKLIN FINANCIAL CORPORATION     PO BOX 250     BESSEMER, AL 35021
8206463     ALAGASCO     ATTN: P. ANDERSON     605 21ST ST N     BIRMINGHAM, AL 35203
8206466     AT     C/O Enhanced Recovery     8014 Bayberry Rd     Jacksonville, FL 32256
8206465     AT     C/O IC Systems     PO Box 64378     Saint Paul, MN 55164
8206464     AT     PO Box 105503     Atlanta, GA 30348–5503
8220683     ATTMobility II LLC     % ATTServices, Inc     Karen Cavagnaro, Paralegal     One ATTWay, Room 3A104     Bedminster, NJ 07921
8206462     Alabama Power     Birmingham Div 4S–1135     PO Box 2641     Birmingham, AL 35291
8217078     American InfoSource LP as agent for     Midland Funding LLC     PO Box 268941     Oklahoma City, OK 73126–8941
8214750     Atlas Acquisitions LLC     c/o Oliphant Financial, LLC     9009 Town Center Parkway     Lakewood Ranch, FL 34202
8206467     Belk     PO Box 530940     Atlanta, GA 30353–0940
8220682     BellSouth Telecommunications, Inc.     % ATTServices, Inc     Karen Cavagnaro, Paralegal     One ATTWay, Room 3A104     Bedminster, NJ 07921
8206468     Birmingham Water Works     Attn: Bankruptcy Department     3600 1st Avenue North     Birmingham, AL 35222
8206469     Brclys Bank Delaware     PO Box 26182     Wilmington, DE 19899
8206473     CB Bessemer Collection     1920 3rd AVe No     Bessemer, AL 35020
8206470     Capital One     PO Box 5155     Norcross, GA 30091
8255045     Capital One Bank (USA), N.A.     PO Box 71083     Charlotte, NC 28272–1083
8206472     Cash Connection     191 West Valley Avenue     Birmingham, AL 35209
8237809     Credit Central     700 E North Street     Suite 15     Greenville, SC 29601
8206474     Credit Central South     536 West Town Plaza     Bessemer, AL 35020
8206475     Drleonards     PO Box 2845     Monroe, WI 53566
8206476     Easy Money     210B Midfield Street     Birmingham, AL 35228
8206454     Eric Holder, Attorney General     Department of Justice,     10th and Constitution Ave Rm B–324     Washington, DC 20530
8206477     FAMS     Post Office Box 451409     Atlanta, GA 31145–9409
8206479     GE CAPITAL     P O BOX 103101     Roswell, GA 30076
8206481     GE Capital Reatail Bank     c/o Midland Fund     8875 Aero Drive     San Diego, CA 92123
8206482     GE Capital Retail Bank     PO Box 960061     Orlando, FL 32896–0061
8206483     GE Capital Retail Bank     c/o Portfolio Recovery     287 Independence     Virginia Beach, VA 23462
8206484     GECRB/ Walmart     PO Box 965005     Orlando, FL 32896
8206480     Ge Capital     C/O Midland Credit     8875 Aero Dr     San Diego, CA 92123
8206457     Internal Revenue Service     11601 Roosevelt Blvd     Mail Drop N 781     Philadelphia, PA 19154
8206456     Internal Revenue Service     Attn: Ron Hill     801 Tom Martin Drive 137 C3     Birmingham, AL 35211
8206455     Internal Revenue Service     Centralized Insolvency Operations     PO Box 21126     Philadelphia, PA 19114–0326
8206458     JT Smallwood Tax Collector     Room 160 Courthouse     716 Richard Arrington Jr Blvd No     Birmingham, AL 35203
8237212     Jefferson Capital Systems LLC     Po Box 7999     Saint Cloud Mn 56302–9617
8206485     MERRICK BANK     P O BOX 9201     OLD BETHPAGE, NY 11804
8256092     Portfolio Recovery Associates, LLC     POB 41067     Norfolk VA 23541
8206486     Republic Finance     1140 Roma Ave     Hammond, LA 70403
8206487     Republic Finance     c/o Jenny Lynn Varos     1140 Roma Avenue     Hammond, LA 70403
8210756     Republic Finance Bankruptcy Center     7535 Airways Blvd Ste 210     Southaven, Ms 38671
8236407     SPRINGLEAF FINANCIAL SERVICE     PO BOX 3251     EVANSVILLE, IN 47731–3251
8206490     SWISS COLONY     1112 7TH AVENUE     MONROE, WI 53566
8206488     Safeco Ins     Po Box 6486     Carol Stream, IL 60197–6486
8206489     Safeco–     c/o Brennam &Clark Ltd     721 E Madison Suite 200     Villa Park, IL 60181
8221438     Santander Consumer USA     P.O. Box 961245     Fort Worth TX 76161
8206452     Santander Consumer USA     PO Box 660633     Dallas, TX 75266
8206453     Springleaf     430 Green Springs Hwy Ste 13     Birmingham, AL 35209
8206459     State of Alabama Department of Revenue     Collection Services Division     PO Box 327820     Montgomery, AL 36132–7820
8257206     The Swiss Colony     c/o Creditors Bankruptcy Service     P.O. Box 740933     Dallas, TX 75374
8206460     Travis Hulsey, Jefferson County     716 Richard Arrington Jr. Blvd No     Birmingham, AL 35203
8206461     U.S. Attorney's Office     1801 4th Ave No     Birmingham, AL 35203–2101

| | | | |
|---|---|---|---|
| 8206491 | Union CR Alb | Post Office Box 71666 | Albany, GA 31708 |
| 8206471 | cash connection | 918 9th Avenue | Birmingham, AL 35202 |

TOTAL: 54