IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: ) 14-00991-TBB-13
Michael E. Morsby ) Chapter 13
xxx-xx-6798 )
Michele Y. Morsby )
xxx-xx-5397 )
 )
    Debtor(s). )

## MOTION FOR RELIEF FROM STAY AS TO DEBTORS AND CO-DEBTOR

1. The Movant, Santander Consumer USA, Inc. ("Santander"), is a secured creditor in the above styled cause having a perfected security interest in the Debtors' automobile, to-wit: 2006 Mercedes CLS 500 VIN WDDDJ75XX6A075066.

2. Dedric D. Duncan is a Co-debtor as evidenced by the attached documents.

3. The Debtors' plan provides for direct payments to the Movant.

4. The Debtors and Co-debtor are delinquent in their payments to the Movant for the months of June, 2013 through May, 2014 in the amount of $9,119.32.

5. The Debtors or Co-debtor are operating said vehicle and it is depreciating in value.

6. The Movant has not been provided with proof of insurance on said vehicle.

7. The Movant is not adequately protected as to said vehicle.

8. The Movant also claims attorney fees and court costs for the filing of this motion.

WHEREFORE, the Movant requests that this Honorable Court issue an order granting its Motion for Relief from Stay as to the Debtors and Co-debtor.

/s/ Allan M. Trippe
_____
ALLAN M. TRIPPE (TRI003)
Attorney for Movant,
Santander Consumer USA, Inc.

OF COUNSEL:
MONROE, TRIPPE & BROWN, LLP
P.O. Box 531103
Birmingham, AL 35253
(205) 879-9220

CERTIFICATE OF SERVICE

This is to hereby certify that I have served a copy of the foregoing on the parties listed below by placing a copy of same in the U.S. Mail, postage prepaid, or by electronic transmission, on this the 20th day of June, 2014.

Joe S. Erdberg(jerdberg@jaffeerdberg.com)
Attorney at Law
205 20th Street North, Ste. 817
Birmingham, Alabama 35203

D. Sims Crawford, Trustee (scrawford@ch13bham.com)
P.O. Box 10848
Birmingham, Alabama 35202

Michael E. Morsby
Michele Y. Morsby
7313 Earlwood Road
Fairfield, Alabama 35064

Dedric D. Duncan
7313 Earlwood Road
Fairfield, Alabama 35064

/s/ Allan M. Trippe

OF COUNSEL