

# CERTIFICATE OF TITLE FOR A VEHICLE

| VEHICLE IDENTIFICATION NUMBER | TRANS CODE | DATE ISSUED |
|---|---|---|
| WDDDJ75XX6A075066 | 01 | 04/13/2010 |

| | MAKE | MODEL | BODY TYPE | PREV AL TITLE NO |
|---|---|---|---|---|
| 2006 | MERZ | CLS500C | 4D | |

| CYL | NEW | USED | DEMO | PURCHASE DATE | NO. LIENS | COLOR | ODOMETER |
|---|---|---|---|---|---|---|---|
| 08 | | XX | | 03/23/2010 | 1 | BLU GRY | 019839 |

NAME(S) AND MAILING ADDRESS OF OWNER(S)
DUNCAN DEDRIC D OR MORSBY MICHELLE Y
1336 15TH WAY SW NA
BIRMINGHAM AL 35211

MAIL TO
447 / 353
SANTANDER CONSUMER
P.O. BOX 25120
LEHIGH VALLEY PA 18002

RESIDENT ADDRESS IF DIFFERENT

LEGEND(S) ODOMETER READING IS THE ACTUAL MILEAGE

RELEASE OF LIEN
The holder of lien on the vehicle described in this Cert'fcte does hereby state that the lien described in said Certificate of Title is released and discharged.

First Lienholder

1ST LIENHOLDER'S NAME ADDRESS AND LIEN DATE  03/23/2010

SANTANDER CONSUMER
P.O. BOX 25120
LEHIGH VALLEY PA 18002

By _____
   Signature of Authorized Agent

Date _____

2ND LIENHOLDER'S NAME, ADDRESS AND LIEN DATE

Second Lienholder

By _____
   Signature of Authorized Agent

Date _____

This certificate serves as an official document of the Department of Revenue and prima facie evidence that an application for certificate of title has been made for the vehicle described herein, pursuant to the provisions of the Motor Vehicle Laws of this state, and that person named on the face hereof has been duly recorded as the lawful owner of the vehicle so described. Further, the said vehicle is subject to the security interest by lien as shown hereon, if any. But, said described vehicle may be subject to a mechanic's lien or a lien given by statute to the United States, this State or any political subdivision of this State or other encumbrances and required to be filed with this Department.

**KEEP IN A SAFE PLACE — ANY ALTERATION OR ERASURE VOIDS THIS TITLE**

Case 14-00991-TBB13   Claim 7-1 Part 2   Filed 03/27/14   Desc Exhibit   Page 5 of 5

Case 14-00991-TBB13   Doc 32-2   Filed 06/20/14   Entered 06/20/14 11:40:37   Desc Title   Page 1 of 1