IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

In the Matter of: )
Michael E. Morsby ) Case No. 14-00991
Michele Y Morsby, )
Debtor(s). ) Chapter 13
)
Santander Consumer USA Inc., )
)
Movant. )

## FACT SUMMARY FOR MOTION FOR RELIEF
## FROM AUTOMATIC STAY IN CHAPTER 7 AND 13 CASES

| | | | |
|---|---|---|---|
| Type of Loan/Credit Transaction: | automobile contract | | Date: 03/23/2010 |
| Type of Collateral: | 2006 Mercedes CLS | | |
| Purchase Price: | $52804.08 | | Monthly Payment: $733.39 |
| Amount Financed: | $32329.96 | | APR or Interest Rate: 17.49% |
| Term of Loan: | 72 | months, or | years |
| Payoff Amount: | $ 24,290.40 | as of 06/19/2014 (Date) | |
| Value of Collateral and Basis: | $ 22,675.00 | (Value) as of 06/19/14 (Date) | NADA (Basis) |
| Delinquent Pre-Petition Payments: | What Month(s)? | 06/25/13 to 02/25/14 | |
| | Amount: | $6919.15 | |
| | Claim Filed? | X Yes, or | No |
| | Date Claim Filed: | 03/27/2014 | |
| Number of Months of Pre-Petition Payments Default Put into Debtor's Chapter 13 Plan: | | | |
| Delinquent Post-Petition Payments: | What Month(s)? | 03/25/14 to 05/25/14 | |
| | Amount: | $2200.17 | |
| | Claim Filed? | Yes, or | No |
| | Date Claim Filed: | | |
| Number of Post-Petition Payments Received (Not How Applied): | | | |
| Number of Post-Petition Payment(s) Held by Creditor, but Not Applied to Debt: | | | |
| Number of Post-Petition Payment(s) Returned by Creditor to Debtor: | | | |
| If Lease, Lease Expiration Date: | | | |
| If Terminated, Lease Termination Date: | | | |
| Insurer of Collateral: | Unknown | | |
| Term of Insurance: | | | (Expiration Date) |
| Prior Stay Order(s) Involving Movant Including Current Case: | | Yes or | No |
| | If yes, give case number(s) and date(s) or order(s): | | |
| | Case No.: | Date: | |
| | Case No.: | Date: | |
| | Case No.: | Date: | |
| Debtor's Statement of Intention: | | | |

Date: June 19, 2014    Submitted By: _____
Kenneth Arredondo
for Santander Consumer USA Inc.