# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **In re:** | **Case No.** 14–00991–TBB13 |
| Michael E Morsby | **Chapter** 13 |
| **SSN:** xxx–xx–6798 | |
| Michele Y Morsby | |
| **SSN:** xxx–xx–5397 | |
| **Debtor(s)** | |

## NOTICE OF FINAL HEARING

Notice is hereby given that **Allan M. Trippe, Attorney for Santander Consumer USA, Inc.** filed a **Motion for Relief from Automatic Stay and Co–Debtor Stay of Dedric D Duncan** in the above–styled case. The preliminary hearing shall be consolidated with the final evidentiary hearing and parties are to be prepared for trial.

The final hearing will be held to consider and act upon said Motion.

**Date: Tuesday, July 8, 2014**       **Time: 09:30 AM**

**Location: Robert Vance Fed Bldg, 1800 5th Ave No, Courtroom 1, Birmingham, AL 35203**

Dated:   June 20, 2014          By:

Scott W. Ford, Clerk
United States Bankruptcy Court

sva