# Notice Recipients

District/Off: 1126–2    User: sarcher    Date Created: 6/20/2014
Case: 14–00991–TBB13    Form ID: van014    Total: 7

**Recipients of Notice of Electronic Filing:**
tr     D. Sims Crawford     ctmail@ch13bham.com
aty     Allan M Trippe     allantrippe@lawbham.com
aty     Joe S Erdberg     jerdberg@jaffeerdberg.com

                                     TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Michael E Morsby     7313 Earlwood Road     Fairfield, AL 35064
jdb     Michele Y Morsby     7313 Earlwood Road     Fairfield, AL 35064
cr     Santander Consumer USA, INC.     c/o Allan Trippe     PO Box 531103     Birmingham, AL 35253
codb     Dedric D Duncan     7313 Earlwood Road     Fairfield, AL 35064

                                     TOTAL: 4