```
                       United States Bankruptcy Court
                        Northern District of Alabama
```

In re:                                                              Case No. 14-00991-TBB
Michael E Morsby                                                    Chapter 13
Michele Y Morsby
        Debtors

## CERTIFICATE OF NOTICE

District/off: 1126-2          User: sarcher            Page 1 of 1              Date Rcvd: Jun 20, 2014
                              Form ID: van014          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2014.
db         +Michael E Morsby,    7313 Earlwood Road,   Fairfield, AL 35064-2404
jdb        +Michele Y Morsby,    7313 Earlwood Road,   Fairfield, AL 35064-2404
codb       +Dedric D Duncan,    7313 Earlwood Road,    Fairfield, AL 35064-2404
cr         +Santander Consumer USA, INC.,   c/o Allan Trippe,   PO Box 531103,   Birmingham, AL 35253-1103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2014 at the address(es) listed below:
          Allan M Trippe    on behalf of Creditor    Santander Consumer USA, INC. allantrippe@lawbham.com
          D. Sims Crawford    ctmail@ch13bham.com,   scrawford13@ecf.epiqsystems.com
          Joe S Erdberg    on behalf of Joint Debtor Michele Y Morsby jerdberg@jaffeerdberg.com,
           jandeecf@gmail.com
          Joe S Erdberg    on behalf of Debtor Michael E Morsby jerdberg@jaffeerdberg.com,
           jandeecf@gmail.com
                                                                                             TOTAL: 4

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

**In re:**                                                                               **Case No.** 14−00991−TBB13

Michael E Morsby                                                           **Chapter** 13

**SSN:** xxx−xx−6798

Michele Y Morsby

**SSN:** xxx−xx−5397

      **Debtor(s)**

# NOTICE OF FINAL HEARING

    Notice is hereby given that **Allan M. Trippe, Attorney for Santander Consumer USA, Inc.** filed a **Motion for Relief from Automatic Stay and Co−Debtor Stay of Dedric D Duncan** in the above−styled case. The preliminary hearing shall be consolidated with the final evidentiary hearing and parties are to be prepared for trial.

    The final hearing will be held to consider and act upon said Motion.

    **Date: Tuesday, July 8, 2014**        **Time: 09:30 AM**

    **Location: Robert Vance Fed Bldg, 1800 5th Ave No, Courtroom 1, Birmingham, AL 35203**

Dated:   June 20, 2014                      By:

                                                          Scott W. Ford, Clerk
                                                          United States Bankruptcy Court

sva