km 6/30/14

KW
10:30 AM

Case: 14-00991-TBB13    341 MEETING AND    341 Hearing: 04/09/2014
                        CONFIRMATION HEARING    Confirmation Hearing: 05/27/2014
                        BENCH SHEET

Debtor(s): MORSBY, MICHAEL E      XXX-CC-6798    # of previous Chapter 13 cases - 1
           MORSBY, MICHELE Y      XXX-CC-5397    Southern Division:

Debtor Present at 341 meeting? (✓) Yes  ( ) No        Previous discharges:

                                                      60 mo = 827 monthly
Attorney: JAFFE & ERDBERG, P.C.

CONFIRMATION:  ( ) RECOMMENDED
               ( ) NOT RECOMMENDED
Attorney Present at 341 meeting? (✓) Yes ( ) No
$ ~~827~~ 850   ( ) Weekly        ( ) Bi-Weekly
                ( ) Semi-Monthly  (✓) Monthly

Debtor Employer: RECS SOC SEC DISABILITY / PENSION

D.O. Sent:                                      For 60 months pursuant to the plan.

Joint Debtor Employer: RECS DISABILITY          Plan payments by ( ) Payroll Deduction  (✓) Direct

D.O. Sent:                                      ( ) Composition Plan: 100 % to allowed nonpriority
                                                    unsecured claims.  Plus 5% interest to
Petition Filed: 03/13/2014  May 2               Attorney fee distribution pursuant to:  unsecured creditors
Proposed Plan Payments: 736.00 MONTHLY          ~~Plan~~ (✓)  Trustee       Attorney
Latest plan filed: ~~03/15/2014~~ 6/3/14        recommendation ( )  agreed ( )
Amended plan payment: $850 mo  #29              Total fee:        $ ~~$1000~~        Atty fee
                                                Amount paid prepetition: $ 0.       reduced at
Notes from Confirmation Hearing: _____        First installment:       $ 1,000.   previous
Debtor present? ( ) Yes ( ) No                  Balance to be paid:      $ ~~~~    monthly for ___ months  hearing
Attorney present? ( ) Yes ( ) No                Then:                    $____ monthly for ___ months
Other: _____                  Then:                    $____ monthly for ___ months

( ) Enter Confirmation Order

341 MTG. CONCLUDED
APR 16 2014                341 meeting continued to 7/16  Reason: 4 / 132  DWR

NOTES FOR CONFIRMATION ORDER:                                                 43,678.47
( ) Debtor orally moved in open court to amend plan payment amount and/or increase fixed payment(s).
( ) Claim Number _____ of _____ is to be paid direct and no disbursement through Trustee.
( ) _____ must file proof of claim for arrearage to receive disbursement from Trustee.
( ) Trustee's Objection to Confirmation and Motion to Dismiss is _____.
( ) Trustee's Objection to Claim of Exemptions is _____.
( ) Objection to Confirmation filed by _____ is _____.

SPECIAL PROVISIONS:
~~3/13/2014~~

Debtor will pay all pre-petition and post-petition service with Alabama Power, Birmingham Water Works and Alagasco in the ordinary course of business as adequate assurance under title 11 USC § 366 in lieu of posting a deposit under title 11 USC § 366 and acknowledges that 11 USC § 362 will not prohibit collection of these debts

## TO BE PAID THROUGH TRUSTEE

| Claim | Creditor Name | Adequate Protection Payment | Adequate Protection Payment Ends | Debt Listed | Amt Filed | Secured/ Priority | Interest Rate | Fixed Monthly Payment | Fixed Monthly Payment Begins |
|---|---|---|---|---|---|---|---|---|---|
| 004 | GE Capital Retail Bk  AMERICAN INFOSOURCE AS AG | | | 1,153.00 | 1,152.66 | | | | |
| | | | | 943.00 | | | | | |
| | | | | | | | | | |
| 006 | ATT MOBILITY II LLC | | | | 61.50 | | | | |
| | BARCLAY | | | 2,353.00 | | | | | |
| | BELK | | | 1,152.66 | | | | | |
| 005 | AT&T  BELLSOUTH TELECOMMUNICAT | | | 527.00 | 550.80 | | | | |
| | CAPITAL ONE | | | 2,360.00 | | | | | |
| 2. | Oliphant Fin~ Atlas Acquisition  CAPITAL ONE | | | 812.00 | 1,218.10 | | | | |
| | CASH CONNECTION | | | 588.00 | | | | | |
| | CASH CONNECTION | | | 600.00 | | | | | |
| | CB BESSEMER COLLECTIONS | | | 113.00 | | | | | |
| | CB BESSEMER COLLECTIONS | | | 59.00 | | | | | |
| | CB BESSEMER COLLECTIONS | | | 113.00 | | | | | |
| | CREDIT CENTRAL SOUTH INC | | | 846.00 | | | | | |
| | DRLEONARDS | | | 178.00 | | | | | |
| | EASY MONEY | | | 588.00 | | | | | |
| | ERIC HOLDER, ATTORNEY GENE | | | 0.00 | | P | | | |
| | FINANCIAL ASSET MANAGEMEN | | | 3,186.47 | | | | | |
| 8 | FIRST FRANKLIN | | | 2,360.00 | 1582.34 S | | | | |
| | AT&T | | | 355.00 | | | | | |

Case: 14-00991-TBB13       341 MEETING AND CONFIRMATION HEARING       Hearing Date: 04/09/2014
                                      BENCH SHEET

| Claim | Creditor Name | Adequate Protection Payment | Adequate Protection Payment Ends | Debt Listed | Amt Filed | Secured/ Priority | Interest Rate | Fixed Monthly Payment | Fixed Monthly Payment Begins |
|---|---|---|---|---|---|---|---|---|---|
| 3 | American Infosource / GE CAPITAL | | | 973.00 | 973.01 | | | | |
| 12 | GE CAPITAL RETAIL BANK | | | 2,460.00 | 2360.04 | | | | |
| 10 | GE CAPITAL RETAIL BANK | | | 581.00 | 554.58 | | | | |
| | INTERNAL REVENUE SERVICE | | | 0.00 | | P | | | |
| | JT SMALLWOOD, JEFFCO TAX C | | | 0.00 | | P | | | |
| | MERRICK BANK | | | 3,112.00 | | | | | |
| | MERRICK BANK | | | 1,413.00 | | | | | |
| 001 | REPUBLIC FINANCE LLC #80 | | | 624.00 | 392.69 | | | | |
| | SAFECO INS | | | 201.26 | | | | | |
| 9 | 08 Cadillac SPRINGLEAF FINANCIAL SERVIC | 98.00 | conf 04/2015 | 13,406.40 / 12,000.00 | 11,842.97 | S | 5.2500 | ~~236~~ conf ~~200.00~~ 05/2015 | x57 |
| | STATE OF ALABAMA DEPT OF RI | | | 0.00 | | P | | | |
| 14 | SWISS COLONY | | | 346.00 | 346.02 | | | | |
| | TRAVIS HULSEY JEFFERSON CC | | | 0.00 | | P | | | |
| | UNION CREDIT CORP | | | 842.00 | | | | | |
| | US ATTORNEY GENERAL | | | 0.00 | | P | | | |
| | WALMART | | | 1,490.00 | | | | | |
| | ·····TOTAL····· | 98.00 | | 42,329.39 | 4,348.76 | | | need 236 200.00 | |

CONTINUING CLAIMS

UNLISTED CLAIMS

## DEBTS TO BE PAID DIRECT

| Claim | Creditor Name | Amount of Debt | Reason to be paid direct | | |
|---|---|---|---|---|---|
| | BIRMINGHAM WATER WORKS | 1.00 | | | |
| | ALABAMA POWER COMPANY | 1.00 | | | |
| | ALABAMA GAS CORPORATION | 1.00 | | | |
| 007 | SANTANDER CONSUMER USA | 17,800.00 | 06 mercedes | 20,950.00 | S |
| 007 | SANTANDER CONSUMER USA ~750. | 0.00 | codebtor drives and pays | 3,340.40 | E |