**Van–021** [Notice] (Rev. 08/04)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **In re:** <br> Michael E Morsby <br> **SSN:** xxx–xx–6798 <br> Michele Y Morsby <br> **SSN:** xxx–xx–5397 <br> **Debtor(s)** | **Case No.** 14–00991–TBB13 <br> **Chapter** 13 |

## NOTICE

Notice of Incorrect Claim #23 filed by LVNV Funding, LLC. PROBLEM: Joint Debtor's last name listed as Goodwin on Claim does not match Joint Debtor's last name in the case (Morsby). SOLUTION: The filer, LVNV Funding, LLC should make the following corrections: File an Amended Claim #23 with the Joint Debtor's correct name. (meb)

Dated: July 3, 2014

By:

Scott W. Ford, Clerk
United States Bankruptcy Court

meb