# Notice Recipients

District/Off: 1126−2      User: mbagwell      Date Created: 7/3/2014
Case: 14−00991−TBB13      Form ID: van021      Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
8322943    LVNV Funding LLC as assignee of    CVF Consumer Acquisition Company    Resurgent Capital Services    PO Box 10587    Greenville SC 29603−0587

TOTAL: 1