```
                         United States Bankruptcy Court
                          Northern District of Alabama
```

In re:                                                        Case No. 14-00991-TBB
Michael E Morsby                                              Chapter 13
Michele Y Morsby
        Debtors                  **CERTIFICATE OF NOTICE**

District/off: 1126-2           User: mbagwell              Page 1 of 1             Date Rcvd: Jul 03, 2014
                               Form ID: van021             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 05, 2014.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
8322943        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 04 2014 00:52:08
               LVNV Funding LLC as assignee of,   CVF Consumer Acquisition Company,
               Resurgent Capital Services,   PO Box 10587,   Greenville SC 29603-0587
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2014                           Signature:   /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 3, 2014 at the address(es) listed below:
          Allan M Trippe    on behalf of Creditor    Santander Consumer USA, INC. allantrippe@lawbham.com
          D. Sims Crawford    ctmail@ch13bham.com,  scrawford13@ecf.epiqsystems.com
          Joe S Erdberg    on behalf of Joint Debtor Michele Y Morsby jerdberg@jaffeerdberg.com,
           jandeecf@gmail.com
          Joe S Erdberg    on behalf of Debtor Michael E Morsby jerdberg@jaffeerdberg.com,
           jandeecf@gmail.com
                                                                                             TOTAL: 4

Van–021 [Notice] (Rev. 08/04)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

**In re:**                                                                            **Case No.** 14–00991–TBB13
Michael E Morsby                                  **Chapter** 13
**SSN:** xxx–xx–6798
Michele Y Morsby
**SSN:** xxx–xx–5397
          **Debtor(s)**

## NOTICE

    Notice of Incorrect Claim #23 filed by LVNV Funding, LLC. PROBLEM: Joint Debtor's last name listed as Goodwin on Claim does not match Joint Debtor's last name in the case (Morsby). SOLUTION: The filer, LVNV Funding, LLC should make the following corrections: File an Amended Claim #23 with the Joint Debtor's correct name. (meb)


Dated:    July 3, 2014                                      By:

                                                                   Scott W. Ford, Clerk
                                                                   United States Bankruptcy Court

meb