IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MICHAEL E. MORSBY and, | ) | BANKRUPTCY CASE NO. |
| MICHELE Y. MORSBY | ) | 14-00991-TBB13 |
| Debtors. | ) | |

**DEBTORS' MOTION FOR CONTINUANCE
OF CONFIRMATION HEARING, TRUSTEE'S OBJECTION TO
CONFIRMATION/MOTION TO DISMISS, AND DEBTORS' OBJECTION
TO CLAIM #8 OF 1ST FRANKLIN FINANCIAL**

**COME NOW** the Debtors, by and through the undersigned counsel of record and move this Honorable Court to continue the confirmation hearing, the hearing on the Trustee's Objection to Confirmation/Motion to Dismiss, and the Debtors' Objection to Claim #1 of 1st Franklin Financial, and say as follows:

1. The Debtors have notified counsel that they will be unable to be present for the hearings set on July 8, 2014 in their case.

2. The Debtors desire to go forward with their case, and have been paying adequate protection payments and plan payments in furtherance of their case.

3. The Debtors aver that no prejudice will result from the requested continuance.

WHEREFORE, these premises considered, the Debtors request a continuance of the hearings in this case.

Respectfully submitted this 7th day of July, 2014.

                                                                             /s/ *Valrey W. Early, III*
                                                                             VALREY W. EARLY, III

1

**OF COUNSEL:**
JAFFE & ERDBERG, P.C.
817 Frank Nelson Building
205 North 20th Street
Birmingham, Alabama  35203
(205) 323-4500

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing upon all listed creditors via the Court's Electronic Filing System on this 7th day of July, 2014.

                                                            /s/ *Valrey W. Early, III*
                                                            Of Counsel