# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

| | |
|---|---|
| Michael E Morsby } | **Case No: 14-00991-TBB13** |
| SSN: XXX-XX-6798 } | |
| Michele Y Morsby } | |
| SSN: XXX-XX-5397 } | |
| DEBTOR(S). } | |

## ORDER GRANTING

This matter came before the Court on Tuesday, July 08, 2014 09:30 AM, for a hearing on the following:

RE: Doc #32; Final Hearing on Motion for Relief from Stay and Co-Debtor Stay filed by Santander Consumer USA, Inc.

Proper notice of the hearing was given and appearances were made by the following:

Allan M Trippe, attorney for Santander Consumer USA, INC.

D. Sims Crawford (Trustee)

Valrey W Early III, attorney for Debtor

**It is therefore ORDERED ADJUDGED and DECREED that:**

Based on arguments of counsel, the pleadings, the evidence before the Court, and the findings of fact and conclusions of law set forth on the record and incorporated herein by reference, the motion for relief from stay is GRANTED.

Dated: 07/09/2014

/s/ THOMAS BENNETT
THOMAS BENNETT
United States Bankruptcy Judge