# Notice Recipients

District/Off: 1126–2     User: admin     Date Created: 07/09/2014
Case: 14–00991–TBB13     Form ID: pdf000     Total: 63

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| tr | D. Sims Crawford | ctmail@ch13bham.com |
| aty | Allan M Trippe | allantrippe@lawbham.com |
| aty | Joe S Erdberg | jerdberg@jaffeerdberg.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Michael E Morsby | 7313 Earlwood Road | Fairfield, AL 35064 | |
| jdb | Michele Y Morsby | 7313 Earlwood Road | Fairfield, AL 35064 | |
| cr | Santander Consumer USA, INC. | c/o Allan Trippe | PO Box 531103 | Birmingham, AL 35253 |
| codb | Dedric D Duncan | 7313 Earlwood Road | Fairfield, AL 35064 | |
| 8206478 | 1ST FRANKLIN FINANCIAL CORPORATION | PO BOX 250 | BESSEMER, AL 35021 | |
| 8206463 | ALAGASCO | ATTN: P. ANDERSON | 605 21ST ST N | BIRMINGHAM, AL 35203 |
| 8206466 | AT&T | C/O Enhanced Recovery | 8014 Bayberry Rd | Jacksonville, FL 32256 |
| 8206465 | AT&T | C/O IC Systems | PO Box 64378 | Saint Paul, MN 55164 |
| 8206464 | AT&T | PO Box 105503 | Atlanta, GA 30348–5503 | |
| 8220683 | AT&T Mobility II LLC | % AT&T Services, Inc | Karen Cavagnaro, Paralegal | One AT&T Way, Room 3A104 Bedminster, NJ 07921 |
| 8206462 | Alabama Power | Birmingham Div 4S–1135 | PO Box 2641 | Birmingham, AL 35291 |
| 8217078 | American InfoSource LP as agent for | Midland Funding LLC | PO Box 268941 | Oklahoma City, OK 73126–8941 |
| 8214750 | Atlas Acquisitions LLC | c/o Oliphant Financial, LLC | 9009 Town Center Parkway | Lakewood Ranch, FL 34202 |
| 8206467 | Belk | PO Box 530940 | Atlanta, GA 30353–0940 | |
| 8220682 | BellSouth Telecommunications, Inc. | % AT&T Services, Inc | Karen Cavagnaro, Paralegal | One AT&T Way, Room 3A104 Bedminster, NJ 07921 |
| 8206468 | Birmingham Water Works | Attn: Bankruptcy Department | 3600 1st Avenue North | Birmingham, AL 35222 |
| 8206469 | Brclys Bank Delaware | PO Box 26182 | Wilmington, DE 19899 | |
| 8206473 | CB Bessemer Collection | 1920 3rd AVe No | Bessemer, AL 35020 | |
| 8206470 | Capital One | PO Box 5155 | Norcross, GA 30091 | |
| 8255045 | Capital One Bank (USA), N.A. | PO Box 71083 | Charlotte, NC 28272–1083 | |
| 8206472 | Cash Connection | 191 West Valley Avenue | Birmingham, AL 35209 | |
| 8309743 | Cash Connection | 6140 University Drive Suite 5 | Huntsville, AL 35806 | |
| 8237809 | Credit Central | 700 E North Street Suite 15 | Greenville, SC 29601 | |
| 8206474 | Credit Central South | 536 West Town Plaza | Bessemer, AL 35020 | |
| 8206475 | Drleonards | PO Box 2845 | Monroe, WI 53566 | |
| 8206476 | Easy Money | 210B Midfield Street | Birmingham, AL 35228 | |
| 8206454 | Eric Holder, Attorney General | Department of Justice, | 10th and Constitution Ave Rm B–324 | Washington, DC 20530 |
| 8206477 | FAMS | Post Office Box 451409 | Atlanta, GA 31145–9409 | |
| 8206479 | GE CAPITAL | P O BOX 103101 | Roswell, GA 30076 | |
| 8206481 | GE Capital Reatail Bank | c/o Midland Fund | 8875 Aero Drive | San Diego, CA 92123 |
| 8206482 | GE Capital Retail Bank | PO Box 960061 | Orlando, FL 32896–0061 | |
| 8206483 | GE Capital Retail Bank | c/o Portfolio Recovery | 287 Independence | Virginia Beach, VA 23462 |
| 8206484 | GECRB/ Walmart | PO Box 965005 | Orlando, FL 32896 | |
| 8206480 | Ge Capital | C/O Midland Credit | 8875 Aero Dr | San Diego, CA 92123 |
| 8206457 | Internal Revenue Service | 11601 Roosevelt Blvd | Mail Drop N 781 | Philadelphia, PA 19154 |
| 8206456 | Internal Revenue Service | Attn: Ron Hill | 801 Tom Martin Drive 137 C3 | Birmingham, AL 35211 |
| 8206455 | Internal Revenue Service | Centralized Insolvency Operations | PO Box 21126 | Philadelphia, PA 19114–0326 |
| 8206458 | JT Smallwood Tax Collector | Room 160 Courthouse | 716 Richard Arrington Jr Blvd No | Birmingham, AL 35203 |
| 8237212 | Jefferson Capital Systems LLC | Po Box 7999 | Saint Cloud Mn 56302–9617 | |
| 8322943 | LVNV Funding LLC as assignee of | CVF Consumer Acquisition Company | Resurgent Capital Services PO Box 10587 | Greenville SC 29603–0587 |
| 8206485 | MERRICK BANK | P O BOX 9201 | OLD BETHPAGE, NY 11804 | |
| 8320649 | MERRICK BANK | Resurgent Capital Services | PO Box 10368 | Greenville, SC 29603–0368 |
| 8256092 | Portfolio Recovery Associates, LLC | POB 41067 | Norfolk VA 23541 | |
| 8319545 | Quantum3 Group LLC as agent for | Second Round Sub LLC | PO Box 788 | Kirkland, WA 98083–0788 |
| 8206486 | Republic Finance | 1140 Roma Ave | Hammond, LA 70403 | |
| 8206487 | Republic Finance | c/o Jenny Lynn Varos | 1140 Roma Avenue | Hammond, LA 70403 |
| 8210756 | Republic Finance Bankruptcy Center | 7535 Airways Blvd Ste 210 | Southaven, Ms 38671 | |
| 8236407 | SPRINGLEAF FINANCIAL SERVICE | PO BOX 3251 | EVANSVILLE, IN 47731–3251 | |
| 8206490 | SWISS COLONY | 1112 7TH AVENUE | MONROE, WI 53566 | |
| 8206488 | Safeco Ins | Po Box 6486 | Carol Stream, IL 60197–6486 | |

| | | | | |
|---|---|---|---|---|
| 8206489 | Safeco– | c/o Brennam & Clark Ltd | 721 E Madison Suite 200 | Villa Park, IL 60181 |
| 8221438 | Santander Consumer USA | P.O. Box 961245 | Fort Worth TX 76161 | |
| 8206452 | Santander Consumer USA | PO Box 660633 | Dallas, TX 75266 | |
| 8206453 | Springleaf | 430 Green Springs Hwy Ste 13 | Birmingham, AL 35209 | |
| 8206459 | State of Alabama Department of Revenue | Collection Services Division | PO Box 327820 | Montgomery, AL 36132–7820 |
| 8257206 | The Swiss Colony | c/o Creditors Bankruptcy Service | P.O. Box 740933 | Dallas, TX 75374 |
| 8206460 | Travis Hulsey, Jefferson County | 716 Richard Arrington Jr. Blvd No | Birmingham, AL 35203 | |
| 8206461 | U.S. Attorney's Office | 1801 4th Ave No | Birmingham, AL 35203–2101 | |
| 8206491 | Union CR Alb | Post Office Box 71666 | Albany, GA 31708 | |
| 8206471 | cash connection | 918 9th Avenue | Birmingham, AL 35202 | |

TOTAL: 60