# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | | |
| Michael E Morsby | } | **Case No: 14-00991-TBB13** |
| SSN: XXX-XX-6798 | } | |
| Michele Y Morsby | } | |
| SSN: XXX-XX-5397 | } | |
| DEBTOR(S). | } | |

## COURTROOM NOTES CONTINUING

| | |
|---|---|
| **Matter(s):** | RE: Doc #19; Trustee's Objection to Confirmation and Motion to Dismiss Case or in the Alternative Motion to Convert Case to Chapter 7 |
| **Date and Time:** | Tuesday, July 08, 2014 01:30 PM |
| **Appearances:** | D. Sims Crawford (Trustee)<br>Valrey W Early III, attorney for Debtors |
| **Courtroom Deputy:** | Andrea Smith |
| **Presiding Judge:** | THOMAS BENNETT |
| **Court Notes:** | The hearing is continued to August 5, 2014, at 1:30 p.m. in Courtroom Number One. |

Date Prepared:07/11/2014