# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of: | |
| Michael E Morsby } | **Case No: 14-00991-TBB13** |
| SSN: XXX-XX-6798 } | |
| Michele Y Morsby } | |
| SSN: XXX-XX-5397 } | |
| DEBTOR(S). } | |

## COURTROOM NOTES CONTINUING

| | |
|---|---|
| **Matter(s):** | RE: Doc #9; Confirmation Hearing |
| **Date and Time:** | Tuesday, July 08, 2014 01:30 PM |
| **Appearances:** | D. Sims Crawford (Trustee) |
| | Valrey W Early III, attorney for Debtors |
| **Courtroom Deputy:** | Andrea Smith |
| **Presiding Judge:** | THOMAS BENNETT |
| **Court Notes:** | The hearing is continued to August 5, 2014, at 1:30 p.m. in Courtroom Number One. |

Date Prepared: 07/11/2014