# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of: | |
| Michael E Morsby } | **Case No: 14-00991-TBB13** |
| SSN: XXX-XX-6798 } | |
| Michele Y Morsby } | |
| SSN: XXX-XX-5397 } | |
| DEBTOR(S). } | |

## ORDER OVERRULING

This matter came before the Court on Tuesday, July 08, 2014 01:30 PM, for a hearing on the following:

RE: Doc #28; Debtors' Objection to Claim #8 of 1st Franklin Financial Corporation in the amount of $1,582.34

Proper notice of the hearing was given and appearances were made by the following:

D. Sims Crawford (Trustee)
Valrey W Early III, attorney for Debtor

**It is therefore ORDERED ADJUDGED and DECREED that:**

Based on arguments of counsel, the pleadings, the evidence before the Court, and the findings of fact and conclusions of law set forth on the record and incorporated herein by reference, the objection is OVERRULED and claim number 8 is allowed as filed.

Further, the Order Granting Debtor's motion to avoid non-possessory non-purchase money lien with 1st Franklin Financial is SET ASIDE, and the Debtor's motion to avoid non-possessory non-purchase money lien is set for hearing on August 5, 2014 at 9:30 a.m. in courtroom number one of the Robert S. Vance Federal Building, 1800 Fifth Avenue North, Birmingham, Alabama 35203.

Dated: 07/11/2014

/s/ THOMAS BENNETT
THOMAS BENNETT
United States Bankruptcy Judge