# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1126–2 | User: jcarmicha | Date Created: 7/15/2014 |
| Case: 14–00991–TBB13 | Form ID: pdf000 | Total: 8 |

**Recipients of Notice of Electronic Filing:**
```
tr      D. Sims Crawford        ctmail@ch13bham.com
aty     Allan M Trippe          allantrippe@lawbham.com
aty     Joe S Erdberg           jerdberg@jaffeerdberg.com
```
                                                                        TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db          Michael E Morsby         7313 Earlwood Road      Fairfield, AL 35064
jdb         Michele Y Morsby         7313 Earlwood Road      Fairfield, AL 35064
cr          Santander Consumer USA, INC.     c/o Allan Trippe     PO Box 531103      Birmingham, AL 35253
codb        Dedric D Duncan          7313 Earlwood Road      Fairfield, AL 35064
8206478     1ST FRANKLIN FINANCIAL CORPORATION     PO BOX 250     BESSEMER, AL 35021
```
                                                                        TOTAL: 5