```
                              United States Bankruptcy Court
                              Northern District of Alabama
```

In re:                                                              Case No. 14-00991-TBB
Michael E Morsby                                                    Chapter 13
Michele Y Morsby
         Debtors

# CERTIFICATE OF NOTICE

```
District/off: 1126-2          User: jcarmicha            Page 1 of 1           Date Rcvd: Jul 15, 2014
                              Form ID: pdf000            Total Noticed: 5
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2014.
```
db          +Michael E Morsby,    7313 Earlwood Road,    Fairfield, AL 35064-2404
jdb         +Michele Y Morsby,    7313 Earlwood Road,    Fairfield, AL 35064-2404
codb        +Dedric D Duncan,    7313 Earlwood Road,    Fairfield, AL 35064-2404
cr          +Santander Consumer USA, INC.,    c/o Allan Trippe,    PO Box 531103,    Birmingham, AL 35253-1103
8206478     +1ST FRANKLIN FINANCIAL CORPORATION,    PO BOX 250,    BESSEMER, AL 35021-0250
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2014                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2014 at the address(es) listed below:
```
              Allan M Trippe    on behalf of Creditor    Santander Consumer USA, INC. allantrippe@lawbham.com
              D. Sims Crawford    ctmail@ch13bham.com, scrawford13@ecf.epiqsystems.com
              Joe S Erdberg    on behalf of Joint Debtor Michele Y Morsby jerdberg@jaffeerdberg.com,
               jandeecf@gmail.com
              Joe S Erdberg    on behalf of Debtor Michael E Morsby jerdberg@jaffeerdberg.com,
               jandeecf@gmail.com
                                                                                             TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

| | |
|---|---|
| Michael E Morsby } | **Case No: 14-00991-TBB13** |
| SSN: XXX-XX-6798 } | |
| Michele Y Morsby } | |
| SSN: XXX-XX-5397 } | |
| DEBTOR(S). } | |

## ORDER OVERRULING

This matter came before the Court on Tuesday, July 08, 2014 01:30 PM, for a hearing on the following:

    RE: Doc #28; Debtors' Objection to Claim #8 of 1st Franklin Financial Corporation in the amount of $1,582.34

Proper notice of the hearing was given and appearances were made by the following:

    D. Sims Crawford (Trustee)
    Valrey W Early III, attorney for Debtor

**It is therefore ORDERED ADJUDGED and DECREED that:**

Based on arguments of counsel, the pleadings, the evidence before the Court, and the findings of fact and conclusions of law set forth on the record and incorporated herein by reference, the objection is OVERRULED and claim number 8 is allowed as filed.

Further, the Order Granting Debtor's motion to avoid non-possessory non-purchase money lien with 1st Franklin Financial is SET ASIDE, and the Debtor's motion to avoid non-possessory non-purchase money lien is set for hearing on August 5, 2014 at 9:30 a.m. in courtroom number one of the Robert S. Vance Federal Building, 1800 Fifth Avenue North, Birmingham, Alabama 35203.

| | |
|---|---|
| Dated: 07/11/2014 | /s/ THOMAS BENNETT |
| | THOMAS BENNETT |
| | United States Bankruptcy Judge |