KW                                                                                    KM 7/23/14

                                                                                      10:30 AM
Case: 14-00991-TBB13          341 MEETING AND              341 Hearing: 04/09/2014
                              CONFIRMATION HEARING         Confirmation Hearing: 05/27/2014
                              BENCH SHEET

Debtor(s): MORSBY, MICHAEL E          XXX-CC-6798          # of previous Chapter 13 cases - 1
           MORSBY, MICHELE Y          XXX-CC-5397          Southern Division:

Debtor Present at 341 meeting? (/) Yes  ( ) No             Previous discharges:
                                                                                60 mo = 8:27 monthly
Attorney: JAFFE & ERDBERG, P.C.       CONFIRMATION:        ( ) RECOMMENDED
                                                           ( ) NOT RECOMMENDED
Attorney Present at 341 meeting? (/) Yes ( ) No   $ ~~827~~ 850   ( ) Weekly        ( ) Bi-Weekly
                                                           ( ) Semi-Monthly   (/) Monthly

Debtor Employer: RECS SOC SEC DISABILITY / PENSION
D.O. Sent:                            For 60 months pursuant to the plan.
                                      Plan payments by ( ) Payroll Deduction  (/) Direct
Joint Debtor Employer: RECS DISABILITY
D.O. Sent:                            ( ) Composition Plan: 100 % to allowed nonpriority
                                          unsecured claims.   Plus 5% interest to
Petition Filed: 03/13/2014  May 2     Attorney fee distribution pursuant to: unsecured creditors
Proposed Plan Payments: 736.00 MONTHLY
Latest plan filed: ~~03/15/2014~~ 6/3/14   ~~Plan~~ ( )  Trustee           Attorney
Amended plan payment: $850 mo  #29                  recommendation ( )  agreed ( )
                                      Total fee:          $ ~~300~~ 1,000    Atty fee
Notes from Confirmation Hearing: _____ Amount paid prepetition: $ 0.         reduced at
Debtor present? ( ) Yes  ( ) No       First installment:  $ 1,000.           previous
Attorney present? ( ) Yes  ( ) No     Balance to be paid: $ ~~~~ monthly for ___ months  hearing
Other: _____                      Then:               $ _____ monthly for ___ months
( ) Enter Confirmation Order          Then:               $ _____ monthly for ___ months

341 MTG. CONCLUDED
APR 16 2014              341 meeting continued to 4/16 Reason: 4 / 132  DNC

NOTES FOR CONFIRMATION ORDER:                                            43,678.47
( ) Debtor orally moved in open court to amend plan payment amount and/or increase fixed payment(s).
( ) Claim Number _____ of _____ is to be paid direct and no disbursement through Trustee.
( ) _____ must file proof of claim for arrearage to receive disbursement from Trustee.
( ) Trustee's Objection to Confirmation and Motion to Dismiss is _____.
( ) Trustee's Objection to Claim of Exemptions is _____.
( ) Objection to Confirmation filed by _____ is _____.
SPECIAL PROVISIONS:
~~3/15/2014~~
Debtor will pay all pre-petition and post-petition service with Alabama Power, Birmingham Water Works and Alagasco in
the ordinary course of business as adequate assurance under title 11 USC § 366 in lieu of posting a deposit under title 11
USC § 366 and acknowledges that 11 USC § 362 will not prohibit collection of these debts

## TO BE PAID THROUGH TRUSTEE

| Claim | Creditor Name | Adequate Protection Payment | Adequate Protection Payment Ends | Debt Listed | Amt Filed | Secured/ Priority | Interest Rate | Fixed Monthly Payment | Fixed Monthly Payment Begins |
|---|---|---|---|---|---|---|---|---|---|
| 004 | GE Capital Retail Bk AMERICAN INFOSOURCE AS AG | | | 1,153.00 | 1,152.66 | | 5 | | |
| | | | | 943.00 | | | 5 | | |
| | | | | | | | | | |
| 006 | ATT MOBILITY II LLC | | | | 61.50 | | 5 | | |
| | BARCLAY | | | 2,353.00 | | | 5 | | |
| 16 | BELK | | | 1,152.66 | 530.85 | | 5 | | |
| 005 | ATT BELLSOUTH TELECOMMUNICAT | | | 527.00 | 550.80 | | 5 | | |
| | CAPITAL ONE | | | 2,360.00 | | | 5 | | |
| 2 | Oliphant Fin - Atlas Acquisition CAPITAL ONE | | | 812.00 | 1,218.10 | | 5 | | |
| | CASH CONNECTION | | | 588.00 | | | 5 | | |
| 19 | CASH CONNECTION | | | 600.00 | 617.50 | | 5 | | |
| | CB BESSEMER COLLECTIONS | | | 113.00 | | | 5 | | |
| | CB BESSEMER COLLECTIONS | | | 59.00 | | | 5 | | |
| | CB BESSEMER COLLECTIONS | | | 113.00 | | | 5 | | |
| | CREDIT CENTRAL SOUTH INC | | | 846.00 | | | 5 | | |
| | DRLEONARDS | | | 178.00 | | | 5 | | |
| | EASY MONEY | | | 588.00 | | | 5 | | |
| | ERIC HOLDER, ATTORNEY GENE | | | 0.00 | | P | 5 | | |
| | FINANCIAL ASSET MANAGEMEN | | | 3,186.47 | | | 5 | | |
| 8 | FIRST FRANKLIN | | | 2,360.00 | 1,582.34 | | 5 | | |
| | ATT | | | 355.00 | | | 5 | | |

Case 14-00991-TBB13    Doc 47    Filed 07/29/14    Entered 07/29/14 09:55:47    Desc
Page 2 of 4

| Claim | Creditor Name | Adequate Protection Payment | Adequate Protection Payment Ends | Debt Listed | Amt Filed | Secured/ Priority | Interest Rate | Fixed Monthly Payment | Fixed Monthly Payment Begins |
|---|---|---|---|---|---|---|---|---|---|
| 3 | American Infosource / GE CAPITAL | | | 973.00 | 973.01 | | 5 | | |
| 12 | GE CAPITAL RETAIL BANK | | | 2,460.00 | 2360.04 | | 5 | | |
| 10 | GE CAPITAL RETAIL BANK | | | 581.00 | 554.58 | | 5 | | |
| | INTERNAL REVENUE SERVICE | | | 0.00 | | P | 5 | | |
| | JT SMALLWOOD, JEFFCO TAX C | | | 0.00 | | P | 5 | | |
| 21 | MERRICK BANK | | | 3,112.00 | 2614.63 | | 5 | | |
| 20 | MERRICK BANK | | | 1,413.00 | 1015.07 | | 5 | | |
| 001 | REPUBLIC FINANCE LLC #80 | | | 624.00 | 392.69 | | 5 | | |
| | SAFECO INS | | | 201.26 | | | 5 | | |
| 9 | 02 Cadillac SPRINGLEAF FINANCIAL SERVIC | 98.00 | conf 04/2015 | 13,406.40 / 12,000.00 | 11,842.92 | S | 5.2500 | ~~236~~ conf ~~200.00~~ ~~03/2015~~ need 236 | x57 |
| | STATE OF ALABAMA DEPT OF RE | | | 0.00 | | P | 5 | | |
| 14 | SWISS COLONY | | | 346.00 | 346.00 | | 5 | | |
| | TRAVIS HULSEY JEFFERSON CC | | | 0.00 | | P | 5 | | |
| | UNION CREDIT CORP | | | 842.00 | | | 5 | | |
| | US ATTORNEY GENERAL | | | 0.00 | | P | 5 | | |
| | WALMART | | | 1,490.00 | | | 5 | | |
| | ·····TOTAL····· | 98.00 | | 42,329.39 | 4,348.76 | | | need 236 200.00 | |

CONTINUING CLAIMS

UNLISTED CLAIMS

## DEBTS TO BE PAID DIRECT

| Claim | Creditor Name | Amount of Debt | Reason to be paid direct |
|---|---|---|---|
| | BIRMINGHAM WATER WORKS | 1.00 | |
| | ALABAMA POWER COMPANY | 1.00 | |
| | ALABAMA GAS CORPORATION | 1.00 | |
| 007 | SANTANDER CONSUMER USA | 17,800.00 | 06 mercedes |
| 007 | SANTANDER CONSUMER USA | 0.00 | codebtor drives and pays |

Handwritten annotations: "750." (below first Santander row); "20,950.00 S"; "3,340.40 U"