# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

In the Matter of:

| | |
|---|---|
| Michael E Morsby } | **Case No: 14-00991-TBB13** |
| SSN: XXX-XX-6798 } | |
| Michele Y Morsby } | |
| SSN: XXX-XX-5397 } | |
| DEBTOR(S). } | |

## ORDER DISMISSING CASE

This matter came before the Court on Tuesday, August 05, 2014 01:30 PM, for a hearing on the following:

1) RE: Doc #19; Trustee's Objection to Confirmation and Motion to Dismiss Case or in the Alternative Motion to Convert Case to Chapter 7
2) RE: Doc #9; Confirmation Hearing

Proper notice of the hearing was given and appearances were made by the following:

D. Sims Crawford (Trustee)
Valrey W Early III, attorney for Debtor
Michael E. Morsby
Michele Y. Morsby

**It is therefore ORDERED ADJUDGED and DECREED that:**

Based on arguments of counsel, the pleadings, the evidence before the Court, and the findings of fact and conclusions of law set forth on the record and incorporated herein by reference, the Trustee's objection to confirmation is SUSTAINED, confirmation of the Debtor's chapter 13 plan is DENIED and this case is DISMISSED.

Further, the Trustee's motion to dismiss and motion to convert to Chapter 7 are MOOT.

Dated: 08/11/2014

/s/ THOMAS BENNETT
THOMAS BENNETT
United States Bankruptcy Judge