# Notice Recipients

District/Off: 1126−2     User: sarcher     Date Created: 8/11/2014
Case: 14−00991−TBB13    Form ID: pdfall    Total: 63

**Recipients of Notice of Electronic Filing:**
tr    D. Sims Crawford    ctmail@ch13bham.com
aty    Allan M Trippe    allantrippe@lawbham.com
aty    Joe S Erdberg    jerdberg@jaffeerdberg.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Michael E Morsby    7313 Earlwood Road    Fairfield, AL 35064
jdb    Michele Y Morsby    7313 Earlwood Road    Fairfield, AL 35064
cr    Santander Consumer USA, INC.    c/o Allan Trippe    PO Box 531103    Birmingham, AL 35253
codb    Dedric D Duncan    7313 Earlwood Road    Fairfield, AL 35064
8206478    1ST FRANKLIN FINANCIAL CORPORATION    PO BOX 250    BESSEMER, AL 35021
8206463    ALAGASCO    ATTN: P. ANDERSON    605 21ST ST N    BIRMINGHAM, AL 35203
8206466    AT&T    C/O Enhanced Recovery    8014 Bayberry Rd    Jacksonville, FL 32256
8206465    AT&T    C/O IC Systems    PO Box 64378    Saint Paul, MN 55164
8206464    AT&T    PO Box 105503    Atlanta, GA 30348−5503
8220683    AT&T Mobility II LLC    % AT&T Services, Inc    Karen Cavagnaro, Paralegal    One AT&T Way, Room 3A104    Bedminster, NJ 07921
8206462    Alabama Power    Birmingham Div 4S−1135    PO Box 2641    Birmingham, AL 35291
8217078    American InfoSource LP as agent for    Midland Funding LLC    PO Box 268941    Oklahoma City, OK 73126−8941
8214750    Atlas Acquisitions LLC    c/o Oliphant Financial, LLC    9009 Town Center Parkway    Lakewood Ranch, FL 34202
8206467    Belk    PO Box 530940    Atlanta, GA 30353−0940
8220682    BellSouth Telecommunications, Inc.    % AT&T Services, Inc    Karen Cavagnaro, Paralegal    One AT&T Way, Room 3A104    Bedminster, NJ 07921
8206468    Birmingham Water Works    Attn: Bankruptcy Department    3600 1st Avenue North    Birmingham, AL 35222
8206469    Brclys Bank Delaware    PO Box 26182    Wilmington, DE 19899
8206473    CB Bessemer Collection    1920 3rd AVe No    Bessemer, AL 35020
8206470    Capital One    PO Box 5155    Norcross, GA 30091
8255045    Capital One Bank (USA), N.A.    PO Box 71083    Charlotte, NC 28272−1083
8206472    Cash Connection    191 West Valley Avenue    Birmingham, AL 35209
8309743    Cash Connection    6140 University Drive    Suite 5    Huntsville, AL 35806
8237809    Credit Central    700 E North Street    Suite 15    Greenville, SC 29601
8206474    Credit Central South    536 West Town Plaza    Bessemer, AL 35020
8206475    Drleonards    PO Box 2845    Monroe, WI 53566
8206476    Easy Money    210B Midfield Street    Birmingham, AL 35228
8206454    Eric Holder, Attorney General    Department of Justice,    10th and Constitution Ave Rm B−324    Washington, DC 20530
8206477    FAMS    Post Office Box 451409    Atlanta, GA 31145−9409
8206479    GE CAPITAL    P O BOX 103101    Roswell, GA 30076
8206481    GE Capital Reatail Bank    c/o Midland Fund    8875 Aero Drive    San Diego, CA 92123
8206482    GE Capital Retail Bank    PO Box 960061    Orlando, FL 32896−0061
8206483    GE Capital Retail Bank    c/o Portfolio Recovery    287 Independence    Virginia Beach, VA 23462
8206484    GECRB/ Walmart    PO Box 965005    Orlando, FL 32896
8206480    Ge Capital    C/O Midland Credit    8875 Aero Dr    San Diego, CA 92123
8206457    Internal Revenue Service    11601 Roosevelt Blvd    Mail Drop N 781    Philadelphia, PA 19154
8206456    Internal Revenue Service    Attn: Ron Hill    801 Tom Martin Drive 137 C3    Birmingham, AL 35211
8206455    Internal Revenue Service    Centralized Insolvency Operations    PO Box 21126    Philadelphia, PA 19114−0326
8206458    JT Smallwood Tax Collector    Room 160 Courthouse    716 Richard Arrington Jr Blvd No    Birmingham, AL 35203
8237212    Jefferson Capital Systems LLC    Po Box 7999    Saint Cloud Mn 56302−9617
8322943    LVNV Funding LLC as assignee of    CVF Consumer Acquisition Company    Resurgent Capital Services    PO Box 10587    Greenville SC 29603−0587
8206485    MERRICK BANK    P O BOX 9201    OLD BETHPAGE, NY 11804
8320649    MERRICK BANK    Resurgent Capital Services    PO Box 10368    Greenville, SC 29603−0368
8256092    Portfolio Recovery Associates, LLC    POB 41067    Norfolk VA 23541
8319545    Quantum3 Group LLC as agent for    Second Round Sub LLC    PO Box 788    Kirkland, WA 98083−0788
8206486    Republic Finance    1140 Roma Ave    Hammond, LA 70403
8206487    Republic Finance    c/o Jenny Lynn Varos    1140 Roma Avenue    Hammond, LA 70403
8210756    Republic Finance Bankruptcy Center    7535 Airways Blvd Ste 210    Southaven, Ms 38671
8236407    SPRINGLEAF FINANCIAL SERVICE    PO BOX 3251    EVANSVILLE, IN 47731−3251
8206490    SWISS COLONY    1112 7TH AVENUE    MONROE, WI 53566
8206488    Safeco Ins    Po Box 6486    Carol Stream, IL 60197−6486

| | | | | |
|---|---|---|---|---|
| 8206489 | Safeco– | c/o Brennam & Clark Ltd | 721 E Madison Suite 200 | Villa Park, IL 60181 |
| 8221438 | Santander Consumer USA | P.O. Box 961245 | Fort Worth TX 76161 | |
| 8206452 | Santander Consumer USA | PO Box 660633 | Dallas, TX 75266 | |
| 8206453 | Springleaf | 430 Green Springs Hwy Ste 13 | Birmingham, AL 35209 | |
| 8206459 | State of Alabama Department of Revenue | Collection Services Division | PO Box 327820 | Montgomery, AL 36132–7820 |
| 8257206 | The Swiss Colony | c/o Creditors Bankruptcy Service | P.O. Box 740933 | Dallas, TX 75374 |
| 8206460 | Travis Hulsey, Jefferson County | 716 Richard Arrington Jr. Blvd No | Birmingham, AL 35203 | |
| 8206461 | U.S. Attorney's Office | 1801 4th Ave No | Birmingham, AL 35203–2101 | |
| 8206491 | Union CR Alb | Post Office Box 71666 | Albany, GA 31708 | |
| 8206471 | cash connection | 918 9th Avenue | Birmingham, AL 35202 | |

TOTAL: 60