```
                              United States Bankruptcy Court
                              Northern District of Alabama
In re:                                                                                  Case No. 14-00991-TBB
Michael E Morsby                                                                        Chapter 13
Michele Y Morsby
         Debtors
                                       CERTIFICATE OF NOTICE
District/off: 1126-2          User: sarcher                 Page 1 of 2                 Date Rcvd: Aug 11, 2014
                              Form ID: pdfall               Total Noticed: 60


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2014.
db         +Michael E Morsby,    7313 Earlwood Road,    Fairfield, AL 35064-2404
jdb        +Michele Y Morsby,    7313 Earlwood Road,    Fairfield, AL 35064-2404
codb       +Dedric D Duncan,    7313 Earlwood Road,    Fairfield, AL 35064-2404
cr         +Santander Consumer USA, INC.,    c/o Allan Trippe,    PO Box 531103,    Birmingham, AL 35253-1103
8206478    +1ST FRANKLIN FINANCIAL CORPORATION,    PO BOX 250,    BESSEMER, AL 35021-0250
8206463    +ALAGASCO,    ATTN: P. ANDERSON,    605 21ST ST N,    BIRMINGHAM, AL 35203-2707
8206468    +Birmingham Water Works,    Attn: Bankruptcy Department,    3600 1st Avenue North,
             Birmingham, AL 35222-1210
8206469    +Brclys Bank Delaware,    PO Box 26182,    Wilmington, DE 19899-6182
8206470   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
            (address filed with court: Capital One,    PO Box 5155,    Norcross, GA 30091)
8206473    +CB Bessemer Collection,    1920 3rd AVe No,    Bessemer, AL 35020-4910
8255045     Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
8206472    +Cash Connection,    191 West Valley Avenue,    Birmingham, AL 35209-3695
8237809    +Credit Central,    700 E North Street,    Suite 15,    Greenville, SC 29601-3013
8206474    +Credit Central South,    536 West Town Plaza,    Bessemer, AL 35020-5346
8206475    +Drleonards,    PO Box 2845,    Monroe, WI 53566-8045
8206454    +Eric Holder, Attorney General,    Department of Justice,,    10th and Constitution Ave Rm B-324,
             Washington, DC 20530-0001
8206477     FAMS,    Post Office Box 451409,    Atlanta, GA 31145-9409
8206483    +GE Capital Retail Bank,    c/o Portfolio Recovery,    287 Independence,
             Virginia Beach, VA 23462-2962
8206458    +JT Smallwood Tax Collector,    Room 160 Courthouse,    716 Richard Arrington Jr Blvd No,
             Birmingham, AL 35203-0133
8256092   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
            (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541)
8206486    +Republic Finance,    1140 Roma Ave,    Hammond, LA 70403-5464
8206487    +Republic Finance,    c/o Jenny Lynn Varos,    1140 Roma Avenue,    Hammond, LA 70403-5464
8210756    +Republic Finance Bankruptcy Center,    7535 Airways Blvd Ste 210,    Southaven, Ms 38671-5809
8206490    +SWISS COLONY,    1112 7TH AVENUE,    MONROE, WI 53566-1364
8206452    +Santander Consumer USA,    PO Box 660633,    Dallas, TX 75266-0633
8221438    +Santander Consumer USA,    P.O. Box 961245,    Fort Worth TX 76161-0244
8257206    +The Swiss Colony,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
8206460    +Travis Hulsey, Jefferson County,    716 Richard Arrington Jr. Blvd No,    Birmingham, AL 35203-0100
8206461     U.S. Attorney's Office,    1801 4th Ave No,    Birmingham, AL 35203-2101
8206491    +Union CR Alb,    Post Office Box 71666,    Albany, GA 31708-1666
8206471    +cash connection,    918 9th Avenue,    Birmingham, AL 35228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
8206465    +E-mail/Text: bankruptcy@icsystem.com Aug 12 2014 02:04:44      AT&T,   C/O IC Systems,
             PO Box 64378,    Saint Paul, MN 55164-0378
8206464     E-mail/Text: g17768@att.com Aug 12 2014 02:01:11      AT&T,    PO Box 105503,
             Atlanta, GA 30348-5503
8206466    +E-mail/Text: bknotice@erccollections.com Aug 12 2014 02:03:55      AT&T,   C/O Enhanced Recovery,
             8014 Bayberry Rd,    Jacksonville, FL 32256-7412
8220683    +E-mail/Text: g20956@att.com Aug 12 2014 02:04:47      AT&T Mobility II LLC,   % AT&T Services, Inc,
             Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
8206462    +E-mail/Text: G2APCBANK@southernco.com Aug 12 2014 02:02:26      Alabama Power,
             Birmingham Div 4S-1135,    PO Box 2641,    Birmingham, AL 35291-0001
8217078     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 12 2014 02:19:05
             American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
             Oklahoma City, OK 73126-8941
8214750    +E-mail/Text: bankruptcy@oliphantfinancial.com Aug 12 2014 02:03:24       Atlas Acquisitions LLC,
             c/o Oliphant Financial, LLC,    9009 Town Center Parkway,    Lakewood Ranch, FL 34202-4165
8206467     E-mail/PDF: gecsedi@recoverycorp.com Aug 12 2014 02:18:31      Belk,   PO Box 530940,
             Atlanta, GA 30353-0940
8220682    +E-mail/Text: g17768@att.com Aug 12 2014 02:01:11      BellSouth Telecommunications, Inc.,
             % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
             Bedminster, NJ 07921-2693
8309743    +E-mail/Text: kerinnorman@cashconnection.us Aug 12 2014 02:03:52      Cash Connection,
             6140 University Drive,    Suite 5,    Huntsville, AL 35806-1700
8237809    +E-mail/Text: bk@creditcentralllc.com Aug 12 2014 02:04:46      Credit Central,
             700 E North Street,    Suite 15,    Greenville, SC 29601-3013
8206474    +E-mail/Text: bk@creditcentralllc.com Aug 12 2014 02:04:46      Credit Central South,
             536 West Town Plaza,    Bessemer, AL 35020-5346
8206476    +Fax: 614-760-4092 Aug 12 2014 02:54:42      Easy Money,   210B Midfield Street,
             Birmingham, AL 35228-2221
8206479    +E-mail/PDF: gecsedi@recoverycorp.com Aug 12 2014 02:16:43      GE CAPITAL,   P O BOX 103101,
             Roswell, GA 30076
8206481    +E-mail/Text: bankruptcydpt@mcmcg.com Aug 12 2014 02:03:21      GE Capital Reatail Bank,
             c/o Midland Fund,    8875 Aero Drive,    San Diego, CA 92123-2251
8206482     E-mail/PDF: gecsedi@recoverycorp.com Aug 12 2014 02:13:08      GE Capital Retail Bank,
             PO Box 960061,    Orlando, FL 32896-0061
```

```
District/off: 1126-2           User: sarcher                Page 2 of 2                   Date Rcvd: Aug 11, 2014
                               Form ID: pdfall              Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
8206484        +E-mail/PDF: gecsedi@recoverycorp.com Aug 12 2014 02:18:31      GECRB/ Walmart,    PO Box 965005,
                 Orlando, FL 32896-5005
8206480        +E-mail/Text: bankruptcydpt@mcmcg.com Aug 12 2014 02:03:21      Ge Capital,    C/O Midland Credit,
                 8875 Aero Dr,    San Diego, CA 92123-2251
8206457         E-mail/Text: cio.bncmail@irs.gov Aug 12 2014 02:01:35      Internal Revenue Service,
                 11601 Roosevelt Blvd,    Mail Drop N 781,    Philadelphia, PA 19154
8206456         E-mail/Text: cio.bncmail@irs.gov Aug 12 2014 02:01:36      Internal Revenue Service,
                 Attn: Ron Hill,    801 Tom Martin Drive 137 C3,     Birmingham, AL 35211
8206455         E-mail/Text: cio.bncmail@irs.gov Aug 12 2014 02:01:36      Internal Revenue Service,
                 Centralized Insolvency Operations,    PO Box 21126,    Philadelphia, PA 19114-0326
8237212        +E-mail/Text: jcap_bnc_notices@jeffersoncapitalinternational.com Aug 12 2014 02:04:13
                 Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
8322943         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 12 2014 02:16:55
                 LVNV Funding LLC as assignee of,    CVF Consumer Acquisition Company,
                 Resurgent Capital Services,    PO Box 10587,    Greenville SC 29603-0587
8320649         E-mail/Text: bkr@cardworks.com Aug 12 2014 02:00:58      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
8206485        +E-mail/Text: bkr@cardworks.com Aug 12 2014 02:00:58      MERRICK BANK,    P O BOX 9201,
                 OLD BETHPAGE, NY 11804-9001
8319545         E-mail/Text: bnc-quantum@quantum3group.com Aug 12 2014 02:03:01
                 Quantum3 Group LLC as agent for,    Second Round Sub LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
8236407         E-mail/PDF: cbp@slfs.com Aug 12 2014 02:13:05      SPRINGLEAF FINANCIAL SERVICE,    PO BOX 3251,
                 EVANSVILLE, IN 47731-3251
8206453         E-mail/PDF: cbp@slfs.com Aug 12 2014 02:13:06      Springleaf,    430 Green Springs Hwy Ste 13,
                 Birmingham, AL 35209
8206488         E-mail/Text: bankruptcies@libertymutual.com Aug 12 2014 02:03:30       Safeco Ins,    Po Box 6486,
                 Carol Stream, IL 60197-6486
8206489        +E-mail/Text: updates@brennanclark.com Aug 12 2014 02:04:39      Safeco-,    c/o Brennam & Clark Ltd,
                 721 E Madison Suite 200,    Villa Park, IL 60181-3082
8206459         E-mail/Text: bankruptcy@revenue.alabama.gov Aug 12 2014 02:04:55
                 State of Alabama Department of Revenue,    Collection Services Division,    PO Box 327820,
                 Montgomery, AL 36132-7820
                                                                                                TOTAL: 31

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2014 at the address(es) listed below:
              Allan M Trippe    on behalf of Creditor    Santander Consumer USA, INC. allantrippe@lawbham.com
              D. Sims Crawford     ctmail@ch13bham.com, scrawford13@ecf.epiqsystems.com
              Joe S Erdberg    on behalf of Joint Debtor Michele Y Morsby jerdberg@jaffeerdberg.com,
               jandeecf@gmail.com
              Joe S Erdberg    on behalf of Debtor Michael E Morsby jerdberg@jaffeerdberg.com,
               jandeecf@gmail.com
                                                                                                TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

In the Matter of:

| | |
|---|---|
| Michael E Morsby } | **Case No: 14-00991-TBB13** |
| SSN: XXX-XX-6798 } | |
| Michele Y Morsby } | |
| SSN: XXX-XX-5397 } | |
| DEBTOR(S). } | |

## ORDER DISMISSING CASE

This matter came before the Court on Tuesday, August 05, 2014 01:30 PM, for a hearing on the following:
  1) RE: Doc #19; Trustee's Objection to Confirmation and Motion to Dismiss Case or in the Alternative Motion to Convert Case to Chapter 7
  2) RE: Doc #9; Confirmation Hearing

Proper notice of the hearing was given and appearances were made by the following:
  D. Sims Crawford (Trustee)
  Valrey W Early III, attorney for Debtor
  Michael E. Morsby
  Michele Y. Morsby

**It is therefore ORDERED ADJUDGED and DECREED that:**

Based on arguments of counsel, the pleadings, the evidence before the Court, and the findings of fact and conclusions of law set forth on the record and incorporated herein by reference, the Trustee's objection to confirmation is SUSTAINED, confirmation of the Debtor's chapter 13 plan is DENIED and this case is DISMISSED.

Further, the Trustee's motion to dismiss and motion to convert to Chapter 7 are MOOT.

Dated: 08/11/2014

/s/ THOMAS BENNETT
THOMAS BENNETT
United States Bankruptcy Judge