# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

In re: MICHAEL E MORSBY  
      MICHELE Y MORSBY  
      Debtor(s)

Case No.: 14-00991-TBB13

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

D. Sims Crawford, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/13/2014.
2) The plan was confirmed on NA.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was dismissed on 08/11/2014.
6) Number of months from filing or conversion to last payment: 4.
7) Number of months case was pending: 8.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 11,100.00.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $2,748.00 |
| Less amount refunded to debtor: | $2,229.10 |
| **NET RECEIPTS:** | $518.90 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $28.90 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $28.90 |

Attorney fees paid and disclosed by debtor: $.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| 1ST FRANKLIN FINANCIAL CORPORATI( | Secured | 2,360.00 | 1,582.34 | 1,582.34 | .00 | .00 |
| ALABAMA GAS CORPORATION | Unsecured | 1.00 | NA | NA | .00 | .00 |
| ALABAMA POWER COMPANY | Unsecured | 1.00 | NA | NA | .00 | .00 |
| AMERICAN INFOSOURCE AS AGENT FC | Unsecured | 1,153.00 | 1,152.66 | 1,152.66 | .00 | .00 |
| AMERICAN INFOSOURCE AS AGENT FC | Unsecured | 943.00 | 973.01 | 973.01 | .00 | .00 |
| ATT MOBILITY II LLC | Unsecured | 355.00 | 61.50 | 61.50 | .00 | .00 |
| BELLSOUTH TELECOMMUNICATIONS | Unsecured | 527.00 | 550.80 | 550.80 | .00 | .00 |
| BIRMINGHAM WATER WORKS | Unsecured | 1.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK USA NA | Unsecured | 2,360.00 | 2,360.04 | 2,360.04 | .00 | .00 |
| CASH CONNECTION | Unsecured | 600.00 | NA | NA | .00 | .00 |
| CASH CONNECTION | Unsecured | 588.00 | 617.50 | 617.50 | .00 | .00 |
| CB BESSEMER COLLECTIONS | Unsecured | 113.00 | NA | NA | .00 | .00 |

0028-1R-EPIE1R-00169121-174385

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

In re: MICHAEL E MORSBY  
      MICHELE Y MORSBY  
      Debtor(s)

Case No.: 14-00991-TBB13

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CB BESSEMER COLLECTIONS | Unsecured | 59.00 | NA | NA | .00 | .00 |
| CB BESSEMER COLLECTIONS | Unsecured | 113.00 | NA | NA | .00 | .00 |
| CREDIT CENTRAL | Unsecured | 846.00 | 693.00 | 693.00 | .00 | .00 |
| DRLEONARDS | Unsecured | 178.00 | NA | NA | .00 | .00 |
| EASY MONEY | Unsecured | 588.00 | NA | NA | .00 | .00 |
| ERIC HOLDER, ATTORNEY GENERAL | Priority | NA | NA | NA | .00 | .00 |
| FINANCIAL ASSET MANAGEMENT SYST | Unsecured | 3,186.47 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | NA | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM LLC | Unsecured | 581.00 | 554.58 | 554.58 | .00 | .00 |
| JT SMALLWOOD, JEFFCO TAX COLLEC | Priority | NA | NA | NA | .00 | .00 |
| LVNV FUNDING LLC | Unsecured | NA | 514.33 | 514.33 | .00 | .00 |
| MERRICK BANK | Unsecured | 3,112.00 | 2,614.63 | 2,614.63 | .00 | .00 |
| MERRICK BANK | Unsecured | 1,413.00 | 1,015.07 | 1,015.07 | .00 | .00 |
| OLIPHANT FINANCIAL | Unsecured | NA | 1,218.10 | 1,218.10 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES, | Unsecured | 812.00 | 812.03 | 812.03 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES, | Unsecured | 973.00 | 919.89 | 919.89 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES, | Unsecured | 2,460.00 | 2,460.30 | 2,460.30 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES, | Unsecured | 1,490.00 | 1,490.11 | 1,490.11 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES, | Unsecured | 1,152.66 | 580.85 | 580.85 | .00 | .00 |
| QUANTUM3 GROUP LLC as agent for | Unsecured | 2,353.00 | 2,313.74 | 2,313.74 | .00 | .00 |
| REPUBLIC FINANCE LLC #80 | Unsecured | 624.00 | 392.69 | 392.69 | .00 | .00 |
| SAFECO INS | Unsecured | 201.26 | NA | NA | .00 | .00 |
| SANTANDER CONSUMER USA | Secured | 17,800.00 | 20,950.00 | 20,950.00 | .00 | .00 |
| SANTANDER CONSUMER USA | Secured | NA | 3,340.40 | 3,340.40 | .00 | .00 |
| SPRINGLEAF FINANCIAL SERVICES | Secured | 12,000.00 | 11,842.92 | 11,842.92 | 200.60 | 289.40 |
| STATE OF ALABAMA DEPT OF REVENU | Priority | NA | NA | NA | .00 | .00 |
| THE SWISS COLONY | Unsecured | 346.00 | 346.02 | 346.02 | .00 | .00 |
| TRAVIS HULSEY JEFFERSON COUNTY | Priority | NA | NA | NA | .00 | .00 |
| UNION CREDIT CORP | Unsecured | 842.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In re: MICHAEL E MORSBY
      MICHELE Y MORSBY
      Debtor(s)

Case No.: 14-00991-TBB13

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| US ATTORNEY GENERAL | Priority | NA | NA | NA | .00 | .00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|   Mortgage Ongoing: | .00 | .00 | .00 |
|   Mortgage Arrearage: | .00 | .00 | .00 |
|   Debt Secured by Vehicle: | 36,133.32 | 200.60 | 289.40 |
|   All Other Secured: | 1,582.34 | .00 | .00 |
| **TOTAL SECURED:** | 37,715.66 | 200.60 | 289.40 |
| **Priority Unsecured Payments:** | | | |
|   Domestic Support Arrearage: | .00 | .00 | .00 |
|   Domestic Support Ongoing: | .00 | .00 | .00 |
|   All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 21,640.85 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $28.90 |
| Disbursements to Creditors: | $490.00 |
| **TOTAL DISBURSEMENTS:** | $518.90 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 11/07/2014      By: /s/D. Sims Crawford
                                                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.